UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24326-CIV-ALTONAGA/O'Sullivan

CARLOS GUARISMA

      Plaintiff,
v.

MICROSOFT CORPORATION,

      Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** came before the Court *sua sponte*. The Joint Scheduling Report ("JSR") [ECF No. 16], notes Defendant Microsoft Corporation's position this case should be stayed pending a ruling by the U.S. Supreme Court in *Robins v. Spokeo, Inc.*, 742 F.3d 409 (9th Cir. 2014), *cert. granted*, 135 S.Ct. 1892 (2015) ("*Spokeo*"). (*See* JSR 2). According to Defendant, a ruling in that case "may conclusively resolve whether the Court has subject-matter jurisdiction to hear Plaintiff's lone claim under the Fair and Accurate Credit Transactions Act." (*Id.* 2). The Court agrees *Spokeo* and the instant case are factually analogous and the regulatory language at issue is substantially the same; the outcome of *Spokeo* could indeed determine the Court's subject-matter jurisdiction over the instant action. Accordingly, it is

**ORDERED AND ADJUDGED** that the Clerk of the Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes only, and any pending motions are **DENIED as moot**. The time for filing Defendant's response to the Complaint is tolled during this stay. The Court nonetheless retains jurisdiction and the case shall be restored to the active docket upon Court order following motion of a party. The parties are to submit a joint status report every forty-five (45) days, advising the Court of the status of the proceedings pending before the U.S. Supreme

CASE NO. 15-24326-CIV-ALTONAGA/O'Sullivan

Court. This Order shall not prejudice the rights of the parties to this litigation.

**DONE AND ORDERED** in Miami, Florida, this 28th day of December, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record