UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24326-CIV-ALTONAGA/O'Sullivan

**CARLOS GUARISMA**,

    Plaintiff,

v.

**MICROSOFT CORPORATION**,

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Joint Motion for Stay Pending Settlement Proceedings and Notice of Settlement [ECF No. 47], filed on December 2, 2016. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. These proceedings and the deadlines set forth in the Court's Amended Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [ECF No. 37] and the Court's October 20, 2016 Order [ECF No. 46] are stayed pending the execution and approval of a class-wide Settlement Agreement. The parties will engage in settlement proceedings according to the following schedule:

1. Settlement Agreement executed by **January 6, 2017**;

2. Motion for Preliminary Approval, including proposed plan of notice and allocation, by **January 13, 2017**. The Motion for Preliminary Approval shall include proposed dates for notice, opt outs, fee petitions, and final approval.

The Clerk of the Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes, only and all pending motions are **DENIED** as moot.

CASE NO. 15-24326-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida this 5th day of December, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record