**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:15-CV-24326-CMA**

---

CARLOS GUARISMA, individually and
on behalf of others similarly situated,

       Plaintiff,

v.

MICROSOFT CORPORATION,

       Defendant.

---

**JOINT MOTION FOR ENLARGEMENT OF SETTLEMENT-RELATED DEADLINES IN THE COURT'S ORDER ADMINISTRATIVELY CLOSING CASE**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Microsoft Corporation ("Microsoft") and Plaintiff Carlos Guarisma ("Plaintiff") (collectively, the "Parties") respectfully move for a 21-day enlargement of the deadlines set forth in the Court's Order Administratively Closing Case (ECF No. 48) for executing a proposed class-wide settlement agreement (the "Settlement Agreement") and filing a motion for preliminary approval of the Settlement Agreement (the "Motion for Preliminary Approval"). The Parties are continuing to negotiate and work towards finalizing the Settlement Agreement, but request additional time to complete this process. In support of this joint motion, the Parties state the following:

    1.    On December 2, 2016, the Parties filed a Joint Motion for Stay Pending Settlement Proceedings and Notice of Settlement ("Joint Motion for Stay"). (ECF No. 47.) The Joint Motion for Stay informed the Court that the Parties reached an agreement in principle to

settle this putative class action, subject to the execution of the Settlement Agreement and the Court's final approval of it. (*Id.*) The Joint Motion for Stay also sought to stay all proceedings pending negotiation, execution, and approval of the Settlement Agreement. (*Id.*)

2. On December 5, 2016, the Court entered an Order Administratively Closing Case (the "Order"), which granted the Joint Motion for Stay and administratively closed the case for statistical purposes. (ECF No. 48.) In its Order, the Court adopted the Parties' proposal to set (1) January 6, 2017 as the deadline for executing the Settlement Agreement and (2) January 13, 2017 as the deadline for filing the Motion for Preliminary Approval. (*Id.*)

3. Pursuant to Rule 6(b), when an act must be done within a specified time, this Court can extend the time to do so for "good cause." Fed. R. Civ. P. 6(b). The Parties request a short 21-day extension of the settlement-related deadlines set forth in the Court's Order.

4. Good cause exists for this relief. The Parties are continuing to draft, negotiate, and finalize the Settlement Agreement. While the Parties have made progress, the Parties need additional time to complete this process, particularly because progress was slowed during the holiday time period. In addition, this request will not cause any prejudice because this case has been administratively closed pending the Parties' execution of the Settlement Agreement and the Court's final approval of it.

5. This extension is jointly being sought in good faith and not for delay or any other improper purpose.

WHEREFORE, the Parties respectfully request that the Court grant their joint motion and enter the attached Order that extends the settlement-related deadlines in the Order Administratively Closing Case by 21-days.

Dated:  January 6, 2017                                   Respectfully submitted,

*/s/ Scott D. Owens*                                                  */s/ Brian M. Ercole*
Scott D. Owens, Esq.                                           Annie Estevez
Scott D. Owens, P.A.                                           Florida Bar No. 991694
3800 S. Ocean Dr., Ste. 235                                annemarie.estevez@morganlewis.com
Hollywood, Florida 33019                                  Brian M. Ercole
Telephone: (954) 589-0588                               Florida Bar No. 0102189
scott@scottdowens.com                                    brian.ercole@morganlewis.com
                                                                              Morgan, Lewis & Bockius LLP
Bret L. Lusskin, Jr., Esq.                                      200 South Biscayne Boulevard
Bret Lusskin, P.A.                                                Suite 5300
20803 Biscayne Blvd., Ste. 302                         Miami, FL  33131-2339
Aventura, Florida 33180                                    Telephone:  305.415.3000
Telephone: (954) 454-5841                               Facsimile:   877.432.9652
blusskin@lusskinlaw.com

                                                                              *Counsel for Defendant, Microsoft*
Michael S. Hilicki                                                *Corporation*
Keogh Law, LTD
55 West Monroe Street, Ste. 3390
Chicago, Illinois 60603
Telephone: (312) 726-1092
Keith@KeoghLaw.com

*Counsel for Plaintiff, Carlos Guarisma*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2017, a true and correct copy of the Joint Motion for Enlargement of Settlement-Related Deadlines in the Court's Order Administratively Closing Case was filed electronically and served on all counsel of record via the Court's ECF system.

*/s/ Brian M. Ercole*
Brian M. Ercole
