UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24326-CIV-ALTONAGA/O'Sullivan

**CARLOS GUARISMA**,

    Plaintiff,

v.

**MICROSOFT CORPORATION**,

    Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court on the parties' Joint Motion for Enlargement of Settlement-Related Deadlines in the Court's Order Administratively Closing Case ("Motion") [ECF No. 49]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Order Administratively Closing Case [ECF No. 48] is amended as follows:

1. The settlement agreement shall be executed by **January 27, 2017**.

2. The motion for preliminary approval shall be filed by **February 3, 2017**.

**DONE AND ORDERED** in Miami, Florida this 6th day of January, 2017.

                                                **CECILIA M. ALTONAGA**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record