UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-CV-24326-CMA

_____

CARLOS GUARISMA, individually and
on behalf of others similarly situated,

                Plaintiff,

v.

MICROSOFT CORPORATION,

                Defendant.

_____

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Keith J. Keogh of Keogh Law, LTD hereby appears as additional counsel on behalf of Plaintiff Carlos Guarisma.

Respectfully submitted this 26th day of January, 2017.

| | |
|---|---|
| */s/ Keith J. Keogh* | Scott D. Owens, Esq. |
| | Florida Bar No. 0597651 |
| Keith J. Keogh (Fla. Bar No. 126335) | SCOTT D. OWENS, P.A. |
| Michael S. Hilicki, Esq. (*Pro Hac Vice*) | 3800 S. Ocean Dr., Ste. 235 |
| KEOGH LAW LTD. | Hollywood, FL 33019 |
| 55 W. Monroe, Suite 3390 | Telephone: (954) 589-0588 |
| Chicago, Illinois 60603 | Facsimile: (954) 337-0666 |
| Telephone: (312) 726-1092 | scott@scottdowens.com |
| Facsimile: (312) 726-1093 | |
| Keith@KeoghLaw.com | Bret L. Lusskin, Esq. |
| | Florida Bar No. 28069 |
| | BRET LUSSKIN, P.A. |
| | 20803 Biscayne Blvd., Ste. 302 |
| | Aventura, Florida 33180 |
| *Attorneys for Plaintiff* | Telephone: (954) 454-5841 |
| | Facsimile: (954) 454-5844 |
| | blusskin@lusskinlaw.com |

1

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on January 26, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, who will send a notice of electronic filing to all counsel of record.

By: *Keith J. Keogh*
Counsel for Plaintiff
