**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 15-24326-CIV-ALTONAGA/O'Sullivan**

**CARLOS GUARISMA**,

    Plaintiff,

v.

**MICROSOFT CORPORATION**,

    Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court on the parties' Joint Motion for Enlargement of Settlement-Related Deadlines in the Court's Order Granting Motion for Extension of Time ("Motion") [ECF No. 52]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Order Granting Motion for Extension of Time [ECF No. 50] is amended as follows:

1. The settlement agreement shall be executed by **February 10, 2017**.

2. The motion for preliminary approval shall be filed by **February 17, 2017**.

**DONE AND ORDERED** in Miami, Florida this 27th day of January, 2017.

 

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record