# APPENDIX 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.  1:15-cv-24326-CMA

| | |
|---|---|
| CARLOS GUARISMA, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MICROSOFT CORPORATION, a Washington corporation, | ) ) ) |
| Defendant. | ) |

## **DECLARATION OF ATTORNEY BRET L. LUSSKIN**

I, Bret L. Lusskin, Esq., declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

1. My name is Bret L. Lusskin.  I am a Florida-licensed attorney and operate under the name Bret Lusskin, P.A.; I am co-counsel representing Plaintiff CARLOS GUARISMA in this matter; I have conferred with my client throughout the instant litigation and my client seeks for my appointment as class counsel for the reasons stated herein.

2. I am a member in good standing of the Bars of the following Courts:

   Supreme Court of Florida
   Tallahassee, Florida
   Admitted September 25, 2006

   United States District Court for the Southern District of Florida
   Miami, Florida
   Admitted July 20, 2007

   United States District Court for the Middle District of Florida
   Tampa, Florida
   Admitted September 10, 2012

   United States District Court for the Northern District of Florida
   Tallahassee, Florida

       Admitted August 20, 2012

       United States Court of Appeals for the Eleventh Circuit
       Atlanta, Georgia
       Admitted July 26, 2012

       United States Patent and Trademark Office
       Washington, DC
       Admitted May 7, 2007

3. As an undergraduate, I attended the Johns Hopkins University and earned a Bachelor of Science in Computer Science on May 23, 2002. I graduated law school *summa cum laude* from the Nova Southeastern University Law School on June 30, 2006. I am licensed to practice as a patent attorney before the United States Patent and Trademark Office as of May 7, 2007.

4. In November 2007 I opened my law office as a sole practitioner. Since then, I have limited my practice to representing consumers.

5. I am an active member of the National Association of Consumer Advocates (NACA).

6. I have been Plaintiff's counsel in over 100 federal consumer cases in Florida district courts. I am co-counsel in eleven other pending class action lawsuits in the Southern District of Florida.

7. Since 2009, I have been one of the leading attorneys challenging the lawfulness of photo-enforced red light cameras in Florida. In 2010, I was featured on the covers of both the Miami Herald and the Sun Sentinel for my pro-consumer work opposing photo-enforced red light cameras throughout Florida. I represented Richard Masone in the leading case, and prevailed in the Supreme Court of Florida in 2014. *Masone v. City of Aventura*, 147 So. 3d 492 (Fla. 2014)

8. Since 2013, I attended the National Consumer Law Center Annual Consumer Rights Litigation Conference, at which I regularly attend an intensive Class Action Symposium. I am familiar with the ethical and professional guidelines governing class action litigation.

9. In November 2013, I was invited by Legal Aid Service of Broward County to speak about the Telephone Consumer Protection Act and the Fair Debt Collection Practices Act.

10. My peers generally regard me as an authority in the State of Florida with respect to the consumer matters. Among my several published consumer protection decisions are the following citations:

    a. *Lardner v. Diversified Consultants, Inc.*, 17 F. Supp. 3d 1215 (S.D. Fla. 2014).

    b. *De Los Santos v. Millward Brown, Inc.*, Case No. 13-cv-80670-DPG, 2014 WL 2938605 (S.D. Fla. June 30, 2014).

    c. *Carbonell v. Weinstein, Pinson & Riley, P.S.*, No. 14-cv-20273-WPD, 2014 WL 2581043 (S.D. Fla. May 30, 2014).

    d. *Pincus v. Speedpay, Inc.*, 161 F.Supp.3d 1150 (S.D. Fla. Oct 6, 2015) (Marra, J.).

    e. *Wood v. J Choo USA, Inc.*, --- F.Supp.3d ---, 2016 WL 4249953 (S.D. Fla. 2016) (Bloom, J.).

11. I have been appointed as class counsel in the class actions *Guarisma v. Blue Cross and Blue Shield of Florida, Inc.*, Case No. 1:13-cv-21016-FAM (S.D. Fla.), *Soto v. The Gallup Organization, Inc.*, Case No. 0:13-cv-61747-RSR (S.D. Fla.), *De los Santos v. Millward Brown, Inc.*, Case No. 9:13-cv-80670-DPG (S.D. Fla.), *Legg v. Laboratory Corporation of America Holdings, Inc.*, Case No. 0:14-cv-61543-RLR (S.D. Fla.);

*Muransky v. Godiva Chocolatier, Inc.*, Case No. 0:15-cv-60716-WPD (S.D. Fla.); and *Kirchein v. Pet Supermarket, Inc.*, Case No. 0:16-cv-60090-RNS (S.D. Fla.).

12. Litigation is inherently unpredictable, and this case posed several significant obstacles to recovery, including the Supreme Court's ruling in *Spokeo, Inc. v. Robins*, 136 S. Ct. 1540 (2016). An unfavorable ruling in light of *Spokeo* would significantly undermine the claims of Plaintiff and the Class.

13. When the strengths of Plaintiff's claims are weighed against the legal and factual obstacles present in this case, along with the complexity of class action practice, I have no doubt that the proposed settlement is in the best interests of the Class.

14. Proposed Class Counsel has ample foundation upon which to evaluate the proposed settlement. In my opinion, given the risks of continued litigation weighed against the potential benefit to the class, this settlement is fair and reasonable.

I, Bret L. Lusskin, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the foregoing statements are true.

Executed this 24th day February, 2017 at Aventura, FL.

> BRET L. LUSSKIN, Esq.
> *Attorney for Plaintiff*
> 20803 Biscayne Blvd., Ste 302
> Aventura, FL 33180
> Telephone: (954) 454-5841
> Facsimile: (954) 454-5844
> blusskin@lusskinlaw.com
>
> By: /s/ Bret L. Lusskin, Esq.
>     Bret L. Lusskin, Esq.
>     Florida Bar No. 28069

4