## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 15-24326-CIV-ALTONAGA/O'Sullivan

**CARLOS GUARISMA**,

     Plaintiff,

v.

**MICROSOFT CORPORATION**,

     Defendant.

_____/

### ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT, AND DIRECTING NOTICE TO THE CLASS

**THIS CAUSE** came before the Court on Plaintiff, Carlos Guarisima's Motion Preliminary Approval of Class Action Settlement [ECF No. 56]; and the Settlement Agreement and Release ("Agreement") (*see* Mot. App. 1 [ECF No. 56-1]), both filed February 24, 2017. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion **[ECF No. 56]** is **GRANTED** pursuant to Federal Rule of Civil Procedure 23, and the terms of the Agreement **[ECF No. 56-1]**, including all Exhibits thereto, attached to the Motion, are preliminarily **APPROVED**, subject to further consideration at the Fairness Hearing provided for below. This Order incorporates the Agreement, including all Exhibits. The Agreement was entered into only after extensive arm's-length negotiations by experienced counsel and following ongoing mediation efforts presided over by a professional mediator, Rodney Max. The Court finds that settlement embodied in the Agreement is sufficiently within the range of reasonableness so that notice of the settlement should be given as provided in this

CASE NO. 15-24326-CIV-ALTONAGA/O'Sullivan

Order.  In making this determination, the Court has considered the current posture of the litigation and the risks and benefits to the parties involved in both settlement of these claims and continuation of the litigation.

**I.      THE CLASS, CLASS REPRESENTATIVE, AND CLASS COUNSEL**

2.   The Settlement Class is defined as follows:

All persons (i) identified in the Settlement Class List (ii) who, when making payment for a transaction at a Microsoft retail store located in the United States, (iii) made such payment using a credit or debit card (iv) and were provided with a printed point-of-sale receipt instead of an email receipt (v) which displayed more than the last five digits of the credit or debit card number (vi) between November 20, 2013 and present.

Notwithstanding the foregoing, in compliance with 28 U.S.C. section 455, the class specifically excludes persons in the following categories: (A) the district judge and magistrate judge presiding over this case and the judges of the United States Court of Appeals for the Eleventh Circuit; (B) the spouses of those in category (A); (C) any person within the third degree of relationship of those in categories (A) or (B); and (D) the spouses of those within category (C).

3.   Excluded from the Settlement Class is any individual who properly opts out of the Settlement Class pursuant to the procedure described below.

4.   The Court makes the following determinations as to certification of the Settlement Class:

    a.   The Court preliminarily certifies the Settlement Class for purposes of settlement only, under Fed. R. Civ. P. 23(a) and (b)(3).

    b.   The Settlement Class is so numerous that joinder of all members is impracticable;

    c.   There are questions of law or fact common to the members of the Settlement Class;

2

CASE NO. 15-24326-CIV-ALTONAGA/O'Sullivan

    d.  The claims of the Plaintiffs are typical of the claims of the other members of the Settlement Class;

    e.  Plaintiff is capable of fairly and adequately protecting the interests of the members of the Settlement Class, in connection with the Agreement;

    f.  Common questions of law and fact predominate over questions affecting only individual members of the Settlement Class;

    g.  The Settlement Class is ascertainable; and

    h.  Resolution of the claims in this litigation by way of a nationwide settlement is superior to other available methods for the fair and efficient resolution of the claims of the Settlement Class.

5. In accordance with Fed. R. Civ. P. 23(g), the Court determines that Plaintiff's counsel, Scott D. Owens, Keith J. Keogh, Michael S. Hilicki, Bret L. Lusskin, and Patrick Crotty, are adequate to represent the Class and appoints them Class Counsel.

## II.     NOTICE TO CLASS MEMBERS

6. The Court has considered the Class Notice, attached as Exhibits 2 and 3 to the Agreement, including the proposed forms of notice, Mail Notice, Full Notice for the Settlement Website, and Settlement Claim Forms, and finds the forms, content, and manner of notice proposed by the Parties and approved here meet the requirements of due process and Fed. R. Civ. P. 23(c) and (e), are the best notice practicable under the circumstances, constitute sufficient notice to all persons entitled to notice, and satisfy the constitutional requirements of notice.   The Court approves the Class Notice program in all respects (including the proposed forms of notice, Mail Notice, Full Notice for the Settlement Website, and Settlement Claim Forms) and orders that

notice be given in substantial conformity therewith.  The Class Notice program shall commence no later than 60 days after entry of this Order, on **May 1, 2017** (the "Notice Deadline").  The costs of preparing, printing, publishing, mailing and otherwise disseminating the Class Notice shall be paid from the Settlement Fund in accordance with the Agreement.

7. The Court appoints KCC Class Action Services LLC as Claims Administrator. Responsibilities of the Claims Administrator include the following: (a) disseminating information, including the Class Notice, to Settlement Class Members concerning settlement procedures in the manner provided in the Class Notice program; (b) receiving Requests for Exclusion and documentation and processing and tabulating each Request; and (c) receiving, processing, classifying, and paying claims as provided in the Agreement and pursuant to any applicable orders of this Court.

## III.   REQUEST FOR EXCLUSION FROM THE CLASS

8. A Settlement Class Member who wishes to be excluded from the Settlement Class shall mail a written Request For Exclusion to the Claims Administrator, so that it is postmarked no later than 60 days after the Notice Deadline, or **June 29, 2017** (the "Opt-Out Deadline"), and shall clearly state the following: (a) identify the case name; (b) identify the name, address, and telephone number of the Settlement Class Member; (c) be personally signed by the Settlement Class Member requesting exclusion; and (d) contain a statement that indicates a desire to be excluded from the Settlement Class in the Litigation, such as "I hereby request that I be excluded from the proposed Settlement Class in Guarisma v. Microsoft."

9.  A Settlement Class Member who desires to opt out must take timely affirmative written action pursuant to this Order, even if the Settlement Class Member desiring to opt out of the Settlement Class (a) files or has filed a separate action against Microsoft or any Microsoft Releasee, or (b) is, or becomes, a putative class member in any other class action filed against Microsoft or any Microsoft Releasee.

10. Any Settlement Class Member who does not properly and timely mail a Request for Exclusion as set forth above shall be automatically included in the Settlement Class, and shall be bound by all the terms and provisions of the Agreement, including the Release, and the Order of Final Approval, whether or not such Settlement Class Member received actual notice or objected to the Class Settlement and whether or not such Settlement Class Member makes a claim upon or participates in the Class Settlement.

## IV.  OBJECTIONS

11. Objections must be received by the Objection Deadline.  To be valid, the written objection must include: (a) the case name and number; (b) the name, address, and telephone number of the Settlement Class Member objecting and, if represented by counsel, of his/her counsel; (c) a description of the specific basis for each objection raised; (d) a statement of whether he/she intends to appear at the Final Approval Hearing, either with or without counsel; and (e) the date of the purchase for which the Settlement Class Member received a receipt displaying more than the last five digits of his or her credit or debit card number.  Any Settlement Class Member who fails to object to the Settlement in the manner described in the Class Notice and consistent with this Paragraph shall be deemed to have waived any such objection, shall not be

CASE NO. 15-24326-CIV-ALTONAGA/O'Sullivan

permitted to object to any terms or approval of the Settlement or the Agreement at the Final Approval Hearing, and shall be foreclosed from seeking any review of the Settlement or the terms of the Agreement by appeal or other means.

## V.    PROOFS OF CLAIM

12. To effectuate the Agreement and Class Settlement, and the provisions of the Class Notice program, the Claims Administrator shall be responsible for the receipt of all Requests for Exclusion and Settlement Claim Forms.  The Claims Administrator shall preserve (on paper or transferred into electronic format) all Requests for Exclusion, Settlement Claim Forms, and any and all other written communications from Settlement Class Members in response to the Class Notice for a period of five (5) years, or pursuant to further order of the Court.  All written communications received by the Claims Administrator from Settlement Class Members relating to the Agreement shall be available at reasonable times for inspection and copying by Class Counsel and Counsel for Microsoft, including prior to payments being mailed to each Settlement Class Member.

13. In order to be entitled to participate in the Class Settlement, if effectuated in accordance with all of the terms and conditions set forth in the Agreement, each Settlement Class Member shall take the following actions and be subject to the following requirements:

   i.    A Settlement Class Member who wishes to receive a distribution from the Settlement Fund must submit a properly executed Settlement Claim Form to the Claims Administrator on or before the Claims Deadline, which is 60 days after the Notice Deadline, or May 30, 2017.  If such Settlement Claim Form is

submitted by mailing via the United States Postal Service to the address indicated in the Class Notice, it shall be deemed to have been submitted as of the date postmarked.  If such Settlement Claim Form is transmitted in any manner other than the United States Postal Service, it shall be deemed to have been submitted on the date it is actually received by the Claims Administrator;

j.   Each completed Settlement Claim Form must contain the following information:  (a) name; (b) physical address; (c) phone number, which shall be optional; and (d) email address, to the extent that the Settlement Class Member has one.  The Settlement Claim Form on the Settlement Website will prepopulate this information for persons who first enter their claim ID and shall ask them to update or correct any information.

k.   A Self-Identifier Claim Form is available only through the Settlement Website, and shall require any Self-Identifier to provide:  (a) name; (b) physical address; (c) phone number, which shall be optional; (d) email address, to the extent that the Settlement Class Member has one; and (e) verification that the Settlement Class Member received a printed receipt from a Microsoft retail store in the United States.  The Claims Administrator will check the written claim of any Self-Identifier against Microsoft's transactional data.  The Self-Identifier Claim Form shall require each Settlement Class Member to attest that the information he or she is providing is true and correct as of the date thereof to the best of his or her knowledge and belief, subject to penalty of perjury.

CASE NO. 15-24326-CIV-ALTONAGA/O'Sullivan

l.  Each Settlement Claim Form and Self-Identifier Claim Form shall be submitted to and reviewed by the Claims Administrator, who shall make a recommendation to Class Counsel and Counsel for Microsoft about which claims should be allowed, but any Settlement Claim Form or Self-Identifier Claim Form that does not match Microsoft's transactional data showing that the Settlement Class Member may have received a receipt that may have violated FACTA shall be invalid, as that person would not be a Settlement Class Member;

m.  The Claims Administrator will notify each Settlement Class Member who filed a Settlement Claim Form or Self-Identifier Claim Form of any recommendation of disallowance, in whole or in part, of the Settlement Claim Form or Self-Identifier Claim Form submitted by such Settlement Class Member, and will set forth the reasons for any such disallowance.  A copy of such notification shall also be sent by the Claims Administrator to Class Counsel and Counsel for Microsoft.   Settlement Class Members shall be permitted a reasonable period of time to cure any deficiency with respect to their respective Settlement Claim Form or Self-Identifier Claim Form that is identified;

n.  All Settlement Class Members who do not submit a timely Settlement Claim Form or who submit a Settlement Claim Form that is disallowed and not cured, shall be barred from participating in the Class Settlement and shall be bound by all of the terms and provisions of the Agreement; and

8

o.  Each Settlement Class Member who submits a Settlement Claim Form or Self-Identifier Claim Form shall thereby expressly submit to the jurisdiction of the Court with respect to the claims submitted and shall (subject to final approval of the Agreement and Class Settlement) be bound by all the terms and provisions of the Agreement.

## VI.   CONFIDENTIALITY

14. If Plaintiff subpoenas any non-party for information about the Settlement Class Members, such as contact information, that information shall be treated as confidential and shall not be disclosed to any person or entity other than Class Counsel, Counsel for Microsoft, the Claims Administrator, and the Court.  Likewise, any information received by the Claims Administrator that pertains to a particular Settlement Class Member, including Microsoft transactional data or information submitted in conjunction with a Request for Exclusion (other than the identity of the person requesting exclusion), shall not be disclosed to any other person or entity other than Class Counsel, Counsel for Microsoft, and, if necessary, the Court, and shall otherwise be treated as provided for in the Agreement.

## VII.   FAIRNESS HEARING

15. A hearing on final settlement approval (the "Fairness Hearing") will be held on **Thursday, July 27, 2017**, at **9:00 a.m.** at the United States District Court for the Southern District of Florida, Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Room 12-2, Miami, Florida 33128, to consider, inter alia, the following: (a) the fairness, reasonableness and adequacy of the Class Settlement; (b) the dismissal with prejudice of the Litigation; (c) whether Class Counsel's application

9

CASE NO. 15-24326-CIV-ALTONAGA/O'Sullivan

for attorney's fees, expenses, and Incentive Payment for the Class Representative (the "Fee Petition") should be granted; (d) whether to approve the proposed plan of allocation and distribution; and (e) whether to finally approve the Agreement, including the terms therein concerning release of claims by the Settlement Class and each of the Settlement Class Members.

16. At least 14 days prior to the Objection Deadline, Class Counsel shall file with the Court any fee petition.

17. At least 14 days before the Fairness Hearing, Class Counsel shall file with the Court any memoranda or other materials in support of final approval of the Agreement and Class Settlement.

18. Any Settlement Class Member who has not filed a Request for Exclusion in the manner set forth above and who has timely filed an objection may appear at the Fairness Hearing in person or by counsel and may be heard, to the extent allowed by the Court.  However, no person shall be heard in opposition to the Agreement and Class Settlement, dismissal or the fee petition, and no papers or briefs submitted by or on behalf of any such person shall be accepted or considered by the Court, unless filed with the Court and served upon counsel listed below within 60 days after the Notice Deadline.  Such person must: (a) file with the Clerk of the Court a notice of such person's intention to appear as well as a statement that indicates the basis for such person's opposition and any documentation in support of such opposition within 60 days after the Notice Deadline; and (b) serve copies of such notice, statement, and documentation, as well as any other papers or briefs that such person files with the Court, either in person or by mail, upon all counsel listed below within 60 days after

CASE NO. 15-24326-CIV-ALTONAGA/O'Sullivan

the Notice Deadline.  Settlement Class Members who object in the manner and by the

dates provided herein shall be subject to the jurisdiction of this Court.  Settlement

Class Members who fail to object in the manner and by the dates provided herein

shall be deemed to have waived and shall forever be foreclosed from raising any such

objections.

19. Counsel for the Parties who must be served with all documentation described above

are as follows:

> Counsel for the Settlement Class:
> Keith J. Keogh
> Michael Hilicki
> Keogh Law LTD
> 55 W. Monroe Street
> Suite 3390
> Chicago, IL 60603
>
> Counsel for Microsoft:
> Anne Marie Estevez
> Brian M. Ercole
> Morgan, Lewis & Bockius LLP
> 200 South Biscayne Boulevard
> Suite 5300
> Miami, FL 33131-2339

20. Any Settlement Class Member may hire an attorney at his or her or its own expense

to appear in the action.  Such attorney shall serve a notice of appearance on the

Counsel listed above, and file it with the Court, within 60 days after the Notice

Deadline.

21. The date and time of the Fairness Hearing shall be set forth in the Mail Notice and

Full Notice for the Settlement Website, but shall be subject to adjournment by the

Court without further notice to the Settlement Class Members, other than that which

may be posted at the Court, on the Court's website, and/or the Settlement Website.

CASE NO. 15-24326-CIV-ALTONAGA/O'Sullivan

22. Pending Final Approval, all Settlement Class Members and Self-Identifiers are preliminarily enjoined from, either directly, representatively, or in any other capacity (other than a Settlement Class Member who validly and timely elects to be excluded from the Settlement Class), from: (a) filing, commencing, prosecuting, intervening in, or participating in (as class members or otherwise) any action or proceeding based on any of the Released Claims; and (b) organizing Settlement Class Members, or soliciting the participation of Settlement Class Members, for purposes of pursuing any action or proceeding (including by seeking to amend a pending complaint to include class allegations, or seeking class certification in a pending or future action or proceeding) based on any of the Released Claims or the facts and circumstances relating thereto.

23. Upon Final Approval, all Settlement Class Members who do not file a timely Request for Exclusion and all Self-Identifiers shall be deemed to have forever released any and all of the Released Claims against any of the Released Parties, as described in the Agreement, including, but not limited to, all claims that were or could have been asserted in the Litigation and all claims that relate to or arise from printing too much information on any receipts from a Microsoft retail store during the Settlement Class period, including, but not limited to, any claims under the FACTA, for a violation of any consumer protection statutes, or regarding identity theft or the risk of identity theft.   In addition, upon Final Approval, all such Settlement Class Members and Self-Identifiers shall be forever enjoined and barred from asserting any of the Released Claims against any of the Released Parties.

12

## VIII.   OTHER PROVISIONS

24. Upon Final Approval, each and every term and provision of the Agreement (except as may be modified by the Final Approval Order) shall be deemed incorporated into the Final Approval Order as if expressly set forth, and shall have the full force and effect of an Order of the Court.

25. This Order shall become null and void, and shall be without prejudice to the rights of the Parties, all of whom shall be restored to their respective positions existing immediately before the Court entered this Order, if: (i) the proposed Settlement is not finally approved by the Court, or does not become Final (as defined in the Agreement), pursuant to the terms of the Agreement; or (ii) the Agreement is terminated or does not become Final, as required by the terms of the Agreement, for any other reason.  In such event, and except as provided therein, the proposed Settlement and Agreement shall become null and void and be of no further force and effect; the preliminary certification of the Settlement Class for settlement purposes shall be automatically vacated; neither the Agreement nor this Order shall be used or referred to for any purpose whatsoever; and the Parties shall retain, without prejudice, any and all objections, arguments, and defenses with respect to class certification, including the right to argue that no class should be certified for any purpose.

26. This Order shall be of no force and effect if the Settlement does not become Final and shall not be construed or used as an admission, concession, or declaration by or against Microsoft of any fault, wrongdoing, breach, or liability, or by or against Plaintiff or the Settlement Class Members that their claims lack merit or that the relief

CASE NO. 15-24326-CIV-ALTONAGA/O'Sullivan

requested in the Complaint in this action is inappropriate, improper, or unavailable, or as a waiver by any party of any defenses or arguments it may have.

27. The following summarizes the deadlines stated above for issuing Class Notice and submitting claims and objections:

CASE NO. 15-24326-CIV-ALTONAGA/O'Sullivan

| May 1, 2017 | Deadline for notice of the Settlement to be sent to the Settlement Class Members (Notice Deadline) |
|---|---|
| June 16, 2017 | Plaintiff to file fee petition |
| June 30, 2017 | Deadline for Settlement Class Members to request exclusion or file objections (Opt-Out and Objection Deadline) |
| June 30, 2017 | Deadline for Settlement Class Members to submit a Settlement Claim Form or Self-Identifier Claim Form (Claim Deadline) |
| July 13, 2017 | Deadline for Parties to file the following: (1) List of persons who made timely and proper Requests for Exclusion (under seal); (2) Proof of Class Notice; and (3) Motion and memorandum in support of final approval, including responses to any objections. |
| July 27, 2017 at 9:00 a.m. | Final Approval Hearing |

**DONE AND ORDERED** in Miami, Florida this 28th day of February, 2017.

*Cecilia M. Altonaga*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record