# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:15-24326-CIV-ALTONAGA

**CARLOS GUARISMA**, individually and
on behalf of others similarly situated,

    Plaintiff,

v.

**MICROSOFT CORPORATION**,

    Defendant.
_____/

### ORDER

THIS MATTER comes before the Court upon the Plaintiff's Unopposed Motion to Amend Order Granting Preliminary Approval of Settlement and Directing Notice to the Class [ECF No. 58], filed April 26, 2017. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Order Certifying Settlement Class, Granting Preliminary Approval of Settlement, and Directing Notice to the Class [ECF No. 57], is amended as follows:

CASE NO. 1:15-24326-CIV-ALTONAGA

| ~~May 1, 2017~~ June 19, 2017 | Deadline for notice of the Settlement to be sent to the Settlement Class Members (Notice Deadline) |
|---|---|
| ~~June 16, 2017~~ August 4, 2017 | Plaintiff to file fee petition |
| ~~June 30, 2017~~ August 18, 2017 | Deadline for Settlement Class Members to request exclusion or file any objections (Opt-Out and Objection Deadline) |
| ~~June 30, 2017~~ August 18, 2017 | Deadline for Settlement Class Members to Submit a Settlement Claim Form or Self-Identifier Claim Form (Claim Deadline) |
| ~~July 13, 2017~~ August 31, 2017 | Deadline for Parties to file the following:<br>(1) List of persons who made timely and proper Requests for Exclusion (under seal);<br>(2) Proof of Class Notice; and<br>(3) Motion and memorandum in support of final approval, including responses to any objections. |
| ~~July 27, 2017~~ September 14, 2017 at 9:00 a.m. | Final Approval Hearing |

**DONE AND ORDERED** in Chambers on this 27th day of April 2017.

_Cecilia M. Altonaga_
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**