UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24326-CIV-ALTONAGA/O'Sullivan

CARLOS GUARISMA,

      Plaintiff,

v.

MICROSOFT CORPORATION,

      Defendant.

_____/

**ORDER GRANTING UNOPPOSED SECOND MOTION TO AMEND
ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT
AND DIRECTING NOTICE TO THE CLASS**

**THIS CAUSE** came before the Court upon the Plaintiff's Unopposed Second Motion to

Amend Order Granting Preliminary Approval of Settlement and Directing Notice to the Class

**[ECF No. 67]**, filed June 19, 2017.

Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 67]** is **GRANTED**.  The

Order Granting Preliminary Approval of Settlement, and Directing Notice to the Class **[ECF No.

57]**, as amended by subsequent Order **[ECF No. 60]**, is further amended as follows:

CASE NO. 15-24326-CIV-ALTONAGA/O'Sullivan

| | |
|---|---|
| **July 28, 2017** | Deadline for notice of the Settlement to be sent to the Settlement Class Members (Notice Deadline) |
| **September 12, 2017** | Plaintiff to file fee petition |
| **September 26, 2017** | Deadline for Settlement Class Members to request exclusion or file any objections (Opt-Out and Objection Deadline) |
| **September 26, 2017** | Deadline for Settlement Class Members to Submit a Settlement Claim Form or Self-Identifier Claim Form (Claim Deadline) |
| **October 10, 2017** | Deadline for Parties to file the following:<br>(1)  List of persons who made timely and proper Requests for Exclusion (under seal);<br>(2)  Proof of Class Notice; and<br>(3)  Motion and memorandum in support of final approval, including responses to any objections. |
| **October 26, 2017 at 9:00 a.m.** | Final Approval Hearing |

**DONE AND ORDERED** in Miami, Florida on this 20th day of June, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2