UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24326-CIV-ALTONAGA/O'Sullivan

**CARLOS GUARISMA**,

    Plaintiff,

v.

**MICROSOFT CORPORATION**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. In an amended scheduling Order [ECF No. 60], entered April 27, 2017, the Court scheduled a final approval/fairness hearing for September 14, 2017.

Being fully advised, it is

**ORDERED AND ADJUDGED** that the final approval/fairness hearing is rescheduled to **Thursday, September 28, 2017 at 9:30 a.m.**

**DONE AND ORDERED** in Miami, Florida this 19th day of September, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record