UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24326-CIV-ALTONAGA

**CARLOS GUARISMA**,

      Plaintiff,
v.

**MICROSOFT CORPORATION**,

      Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court upon Plaintiff, Carlos Guarisma's Unopposed Motion for Three-Day Extension to File Final Approval Motion [ECF No. 74]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Plaintiff's deadline to file the following materials in support of final approval is extended from October 10, 2017 to **October 13, 2017**:

(1) List of persons who made timely and proper Requests for Exclusion (under seal);

(2) Proof of Class Notice; and

(3) Motion and memorandum in support of final approval, including responses to any objections.

**DONE AND ORDERED** in Miami, Florida this 11th day of October, 2017.

                                                        */s/ Cecilia M. Altonaga*
                                                        **CECILIA M. ALTONAGA**
                                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record