# APPENDIX 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 1:15-CV-24326-CMA

_____

CARLOS GUARISMA, individually and
on behalf of others similarly situated,

                Plaintiff,

v.

MICROSOFT CORPORATION,

                Defendant.

_____

## <u>SETTLEMENT AGREEMENT AND RELEASE</u>

This Settlement Agreement and Release ("Agreement") is entered into between and among the following parties (the "Parties"), by and through their respective counsel: Carlos Guarisma ("Guarisma" or "Class Representative" or "Named Plaintiff"), on behalf of himself and the Settlement Class and any Self-Identifiers (as hereinafter defined), and Microsoft Corporation ("Microsoft").  This Agreement fully and finally compromises and settles any and all claims that were or could have been asserted in the lawsuit styled as *Guarisma v. Microsoft Corporation*, Case No. 1:15-cv-24326-CMA (S.D. Fla.) ("Litigation") and all claims that relate to or arise from printing too much information on any receipts from a Microsoft retail store during the Settlement Class Period, including all claims under the Fair and Accurate Credit Transactions Act ("FACTA");

WHEREAS, on November 20, 2015, Guarisma, individually and on behalf of a putative class, filed the Complaint in the United States District Court for the Southern District of Florida, alleging a willful violation of FACTA against Microsoft;

WHEREAS, Guarisma alleges that a receipt issued by Microsoft for point-of-sale credit and debit card transactions displayed more than the last five digits of the card number in violation of FACTA, which harmed him and the class by putting them at an increased risk of identity theft;

WHEREAS, Guarisma alleges that he and other similarly situated individuals are entitled to statutory and punitive damages, attorneys' fees and costs as a result;

WHEREAS, Microsoft moved to dismiss the Complaint on the grounds that (i) Plaintiff lacks standing to assert the claims and (ii) Plaintiff's claim should be arbitrated on an individual basis;

WHEREAS, Plaintiff filed a response in opposition to Microsoft's motion to dismiss and the Court denied Microsoft's motion to dismiss;

WHEREAS, with the assistance of mediator Rodney Max of Upchurch Watson White and Max, the Parties engaged in intensive arm's-length negotiations and an ongoing mediation over a four-month period to resolve the Litigation with a view toward achieving substantial benefits for the Settlement Class as a whole, while avoiding the cost, delay, and uncertainty of further litigation, trial, and appellate practice;

WHEREAS, Plaintiff's counsel represents that in addition to the Class Representative, they are aware of five other individuals who purchased a product from a Microsoft retail store in the United States between November 6, 2015 and December 2, 2015 and who allegedly received a printed receipt with more than the last five digits of their credit or debit card numbers, and that each of these individuals is a Settlement Class Member;

WHEREAS, there is no way of ascertaining from transaction records whether any receipt for a debit or credit card purchase at a Microsoft retail store that was emailed to customers between November 6, 2016 and December 2, 2016, when the technical bug associated with Microsoft's point-of-sale software occurred, also was printed;

WHEREAS, for settlement purposes only, the Class Representative asks that this Court certify the Settlement Class and appoint him as Class Representative and his attorneys Scott D. Owens, Keith Keogh, Bret L. Lusskin, Patrick Crotty, and Michael Hilicki as Class Counsel in this case;

WHEREAS, based on discovery and the experience of Class Counsel, the Class Representative and Class Counsel have concluded that the terms and conditions of this

Agreement are fair, reasonable, and adequate to the Settlement Class and in the best interest of the Settlement Class;

WHEREAS, the Class Representative, on behalf of himself and as the representative of the Settlement Class, and Microsoft desire to resolve the dispute between them;

WHEREAS, the Class Representative, on behalf of himself and as the representative of the Settlement Class, and Microsoft will execute this Agreement solely to compromise and settle protracted, complicated, and expensive litigation; and

WHEREAS, Microsoft vigorously denies any and all liability or wrongdoing to the Class Representative and to the Settlement Class and any Self-Identifier, including, without limitation, on the grounds that Microsoft never willfully generated any receipt with more than the permitted number of credit or debit card number digits.  Nonetheless, Microsoft has concluded that further litigation would be protracted and expensive, has taken into account the uncertainty and risks inherent in this Litigation, and has determined that it is desirable that the Litigation be fully, completely, and finally settled in the manner and upon the terms set forth herein.

NOW, THEREFORE, in exchange for the mutual covenants and promises contained herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties and their counsel agree that the Litigation shall be settled, compromised, and/or dismissed on the merits and with prejudice on the terms and conditions set forth in this Agreement, and without costs (except as provided herein), subject to Court approval of this Agreement after a hearing and on finding that it is a fair, reasonable, and adequate settlement.

I.      **SETTLEMENT CLASS DEFINITION**

For purposes of settlement only, the Parties agree to certification of the following as the

Settlement Class:

> All persons (i) identified in the Settlement Class List (ii) who, when making
> payment for a transaction at a Microsoft retail store located in the United States,
> (iii) made such payment using a credit or debit card (iv) and were provided with a
> printed point-of-sale receipt instead of an email receipt (v) which displayed more
> than the last five digits of said credit or debit card number (vi) between November
> 20, 2013 and present.
>
> Notwithstanding the foregoing, in compliance with 28 U.S.C. § 455, this class
> specifically excludes persons in the following categories: (A) the district judge
> and magistrate judge presiding over this case and the judges of the United States
> Court of Appeals for the Eleventh Circuit; (B) the spouses of those in category
> (A); (C) any person within the third degree of relationship of those in categories
> (A) or (B); and (D) the spouses of those within category (C).

Persons meeting this definition are referenced herein collectively as the "Settlement Class," and

individually as "Settlement Class Members." Excluded from the Settlement Class is any

individual who properly opts out of the Settlement pursuant to the procedure described herein.

II.     **OTHER DEFINITIONS**

As used in this Agreement, the following terms have the meanings set forth below. Terms

used in the singular shall include the plural and vice versa.

> A.      "Agreement" means this Agreement and all attachments and exhibits hereto,
>
> which the Parties understand and agree set forth all terms and conditions of the
>
> Settlement between them and which is subject to Court approval.  It is understood
>
> and agreed that Microsoft's obligations for payment under this Agreement are
>
> conditioned on, among other things, Final Approval.
>
> B.      "Claims Administrator" shall mean KCC Class Action Services LLC, which,
>
> subject to Court approval, shall be responsible for administrative tasks, including,

4

without limitation:   (a) arranging for distribution of the Class Notice and Settlement Claim Forms to Settlement Class Members; (b) making any mailings to Settlement Class Members required under the terms of this Agreement; (c) forwarding written inquiries from Settlement Class Members to Class Counsel or their designee; (d) receiving and maintaining on behalf of the Court and the Parties any Settlement Class Member correspondence regarding requests for exclusion from the Settlement; (e) establishing the Settlement Website that posts notices, Settlement Claim Forms, and other related documents; (f) receiving and processing Settlement Claims Forms and distributing payments to Settlement Class Members; (g) paying from the Settlement Fund any approved Subpoena Costs; and (h) otherwise assisting with implementation and administration of the terms of this Agreement.

C.      "Claims Deadline" shall have the same meaning as set forth in the Preliminary Approval Order issued by the Court, in substantially the form attached hereto as Exhibit 1, the date of which shall be sixty (60) days after the deadline for Mail Notice to be sent to Settlement Class Members.

D.      "Class Counsel" means:

> Scott David Owens
> Patrick Christopher Crotty
> Scott D. Owens, P.A.
> 3800 S. Ocean Drive
> Suite 235
> Hollywood, FL 33019
>
> Bret L. Lusskin, Jr., Esq.
> Bret Lusskin, P.A.
> 20803 Biscayne Blvd., Ste. 302
> Aventura, Florida 33180

> Keith Keogh
> Michael S. Hilicki
> Keogh Law, LTD
> 55 West Monroe Street, Ste. 3390
> Chicago, Illinois 60603

E.     "Class Notice" means the program of notice described in Section IV(B) of this Agreement to be provided to Settlement Class Members, including the Mail Notice and Internet site, which will notify Settlement Class Members about the details of the Settlement.

F.     "Class Representative" or "Named Plaintiff" refers to Plaintiff Carlos Guarisma.

G.     "Complaint" means the document titled "Class Action Complaint for Violations of the Fair and Accurate Credit Transactions Act (FACTA)," dated November 20, 2015, that was filed on the same date with the Court in this Litigation.

H.     "Counsel for Microsoft" means:

> Anne Marie Estevez
> Brian M. Ercole
> Morgan, Lewis & Bockius LLP
> 200 South Biscayne Boulevard
> Suite 5300
> Miami, FL 33131-2339

I.     "Court" means the United States District Court for the Southern District of Florida, where the Litigation is pending.

J.     "Effective Date" means the date on which the Order of Final Approval becomes Final.

K.     "Fairness Hearing" means a hearing set by the Court to take place no sooner than 200 days after entry of the Preliminary Approval Order for the purpose of: (i) determining the fairness, adequacy, and reasonableness of this Agreement and

associated settlement pursuant to class action procedures and requirements; and (ii) entering the Order of Final Approval.

L.  "Final" or "Finally Approved" or "Final Approval" of this Agreement means the later of the date that (i) the time has run for any appeals from the Order of Final Approval or (ii) any such appeals have been resolved in favor of approving, or affirming the approval of, this Agreement.

M.  "Full Notice" shall mean the long-form notice posted on the Settlement Website and available to Settlement Class Members, in substantially the form attached as Exhibit 3 to this Agreement.

N.  "Incentive Payment" means any approved payment to the Class Representative that is further described in Section III(F)(2) of this Agreement.

O.  "Mail Notice" means the post card individual notice that is mailed by the Settlement Administrator to Settlement Class Members, in substantially the form attached as Exhibit 2 to this Agreement.  Mail Notice shall be mailed not less than ninety (90) days before the date set by the Court for the Final Approval Hearing.

P.  "Maximum Settlement Amount" means the maximum amount that Microsoft shall have to pay under this Settlement and shall consist of the sum of one million one hundred and ninety-four thousand six hundred and ninety-six dollars ($1,194,696), which includes all costs and attorney's fees of Class Counsel, the Incentive Payment (if any), all costs incurred by the Claims Administrator, the Reserve Fund, Subpoena Costs, and payments to Settlement Class Members from

7

the Settlement Fund.  Microsoft shall pay no more than the Maximum Settlement Amount in connection with this Settlement.

Q.    "Microsoft Releasees" or "Released Parties" means Microsoft, each of its affiliates, agents, employees, subsidiaries, predecessors, successors, co-venturers, divisions, joint ventures and assigns, as well as each of those entities' or persons' past or present owners, investors, directors, officers, employees, partners, managers, members, principals, agents, underwriters, insurers, co-insurers, re-insurers, indemnitors, shareholders, attorneys, accountants or auditors, banks or investment banks, associates, personal or legal representatives, consultants, vendors, contractors, volunteers, performers, co-marketers, licensors, concessionaires, franchisors, and assigns.  The phrase "Microsoft Releasees" expressly includes VeriFone, Inc., but shall not release any claims that the Class Representative, any Self-Identifier, or the Settlement Class may have against VeriFone, Inc. for receipts from any person or entity other than Microsoft.

R.    "Objection Deadline" means the date identified in the Preliminary Approval Order and Class Notice by which a Settlement Class Member must serve written objections, if any, to the Settlement in accordance with Section IV(B)(5) of this Agreement to be able to object to the Settlement.  The Objection Deadline shall be sixty (60) days after the deadline for the Mail Notice to be sent to Settlement Class Members.

S.    "Opt-Out Deadline" means the date identified in the Preliminary Approval Order and Class Notice by which a Request for Exclusion must be filed in writing with the Settlement Administrator in order for a Settlement Class Member to be

8

excluded from the Settlement Class.  The Opt-Out Deadline shall be no later than sixty (60) days after the deadline for the Mail Notice to be sent to Settlement Class Members.

T.     "Order of Final Approval" or "Final Approval Order" means the order and judgment to be entered by the Court approving this Settlement Agreement as fair, adequate, and reasonable and in the best interests of the Settlement Class as a whole in accordance with the Federal Rules of Civil Procedure, and making such other findings and determinations as the Court deems necessary and appropriate to effectuate the terms of this Settlement Agreement, including granting Final Approval to the Settlement and ruling on Class Counsel's application for attorneys' fees and expenses and the Incentive Payment for the Class Representative, substantially in the form attached hereto as Exhibit 4, and dismissing with prejudice the claims of the Class Representative and Settlement Class Members who do not opt out as provided by this Agreement and the Federal Rules of Civil Procedure.

U.     "Parties" means Plaintiff, Settlement Class Members who do not opt out, any Self-Identifier, and Microsoft.

V.      "Preliminary Approval Date" means the date on which the Court enters the Preliminary Approval Order.

W.     "Preliminary Approval Order" means an order to be entered and filed by the Court certifying the Settlement Class and granting preliminary approval to the Settlement substantially in the form attached hereto as Exhibit 1.

X.      "Protective Order" means the stipulated confidentiality agreement and order governing the exchange of confidential information that the Parties will collectively request that the Court enter at the time of Plaintiff's motion for preliminary approval.

Y.      "Released Claims" means any and all claims, actions, causes of action, rights, suits, defenses, debts, sums of money, payments, obligations, promises, damages, penalties, attorney's fees, costs, liens, judgments, and demands of any kind whatsoever that each member of the Settlement Class or Self Identifier may have or may have had in the past, whether in arbitration, administrative, or judicial proceedings, whether as individual claims or as claims asserted on a class basis, whether past or present, mature or not yet mature, known or unknown, suspected or unsuspected, whether based on federal, state, or local law, statute, ordinance, regulations, contract, common law, or any other source, that were or could have been asserted in the Litigation or that relate to or arise from printing too much information on any receipts from a Microsoft retail store during the Settlement Class Period, including, but not limited to, any claims under FACTA, for a violation of any consumer protection statutes, or regarding identity theft or the risk of identity theft.  The release only applies to the no more than 66,372 class members who received a printed receipt and any Self-Identifier who submits a valid claim.

Z.      "Request for Exclusion" means the written request that Settlement Class Members are required to timely submit in order to opt out of the Settlement Class and this Settlement Agreement.

AA.     "Reserve Fund" shall mean the fund created to address the claims of any Self-Identifier.

BB.     "Self-Identifier" means any individual who, according to Microsoft's records, paid for a transaction at a Microsoft retail store in the United States using a credit or debit card between November 6, 2016 and December 2, 2016 and who was provided with an email receipt based upon Microsoft's records, but who submits a valid and timely Self-Identifier Claim Form to the Claims Administrator verifying that he or she also was provided with a printed point-of-sale receipt during that same transaction that displayed more than the last five digits of the credit or debit card number.

CC.     "Self-Identifier Claim Form" means a form, substantially in the form attached hereto as Exhibit 6, to be completed by any Self-Identifier and submitted to the Claims Administrator by the Claims Deadline.  The Self-Identifier Claim Form shall be available only through the Settlement Website, and shall require any Self-Identifier to provide:  (a) his or her name; (b) physical address; (c) phone number, which shall be optional; (d) email address to the extent that he or she has one; and (e) verification that the Settlement Class Member received a printed receipt from a Microsoft retail store in the United States.  The Claims Administrator will check the written claim of any Self-Identifier against Microsoft's transactional data. The Self-Identifier Claim Form shall require each Settlement Class Member to attest that the information he or she is providing is true and correct as of the date thereof to the best of his or her knowledge and belief, subject to penalty of perjury.

11

DD.     "Settlement" means the settlement set forth in this Agreement.

EE.      "Settlement Claim Form" means a form, substantially in the form attached hereto as Exhibit 5 (for recipients of the Mail Notice as per Section IV(B)(1) below), to be completed by Settlement Class Members and submitted to the Claims Administrator by the Claims Deadline. The Settlement Class Members who receive the Mail Notice shall be able to make a claim via telephone IVR provided that they are required to enter the claim ID on the Mail Notice.  Each Settlement Claim Form shall require the Settlement Class Member to provide: (a) his or her name; (b) physical address; (c) phone number, which shall be optional; and (d) email address to the extent that he or she has one. The website claim form will prepopulate this information for persons who first enter their claim ID and shall ask them to update or correct any information. The Settlement Claim Form shall require each Settlement Class Member to attest that the information he or she is providing is true and correct as of the date thereof to the best of his or her knowledge and belief.

FF.     "Settlement Class List" means the list of no more than 66,372 individuals who, according to Microsoft's retail store records, paid for a transaction at a Microsoft retail store in the United States using a credit or debit card between November 20, 2013 and the present and for which a point-of-sale receipt, instead of an email receipt, was printed that displayed more than the last five digits of the credit or debit card number.  The Settlement Class List will be based upon information in Microsoft's retail store records, and will contain each Settlement Class Member's address (if known), the date of his or her purchase from a Microsoft retail store,

12

the store number or identifier where the purchase took place, the first six and last four digits of the credit or debit card used, and (if known) the type of the card used (Visa/MasterCard/Amex/Discover/etc.).  Microsoft will cooperate to provide any additional data, if requested by the issuing banks and to the extent Microsoft has such data reasonably accessible to it in its retail store records, to allow those banks to identify the Settlement Class Members.  The Settlement Class List shall be treated as confidential information under the Protective Order.

GG.   "Settlement Class Period" means the time period between November 20, 2013 and the present.

HH.   "Settlement Fund" means the "qualified settlement fund" within the meaning of Section 468B of the Internal Revenue Code and all regulations and rulings thereunder, and for all reporting purposes under the federal tax laws, used to pay all claims relating to the settlement of the Litigation and all Released Claims pursuant to this Agreement.

II.    "Settlement Website" means the website prepared by the Claims Administrator in connection with the process of providing notice to Settlement Class Members as further described in Section II(B) of this Agreement.

JJ.   "Subpoena Costs" means any reasonable costs requested by any banks and that the Court approves in responding to subpoenas related to the administration of the Settlement.

### III.   SETTLEMENT TERMS

#### A.   Certification of Settlement Class and Conditional Nature of Agreement

For settlement purposes only, Microsoft conditionally agrees and consents to certification of the Settlement Class.  Microsoft's conditional agreement is contingent upon execution of this Agreement by the Parties, entry of the Order of Final Approval by the Court, and the Order of Final Approval becoming Final.  Except as provided below, if this Agreement, for any reason, does not receive Final Approval, if the Order of Final Approval does not become Final, or if the Agreement is otherwise terminated, it shall be null and void, it shall be of no force or effect whatsoever, it shall not be referred to or utilized for any purpose whatsoever, and the negotiation, terms, and entry of the Agreement shall remain inadmissible under the Federal Rules of Civil Procedure, the provisions of Federal Rule of Evidence 408, and any applicable state law or rule of civil procedure or evidence.

Microsoft denies all claims, liability, damages, losses, penalties, interest, fees, restitution, and all other forms of relief that were or could have been sought in the Litigation, as well as all class action allegations asserted in the Litigation. Microsoft has agreed to resolve this Litigation through this Agreement, but to the extent this Agreement is deemed void or Final Approval does not occur, Microsoft does not waive, but rather expressly reserves, all rights to challenge all such claims and allegations in the Litigation upon all procedural, evidentiary, and factual grounds, including without limitation, the ability to challenge on any grounds whether any class can be certified and to assert any and all defenses or privileges. The Class Representative and Class Counsel agree that Microsoft retains and reserves all of these rights and agree not to take a position to the contrary.

### B.     Settlement Amount

In full and final settlement of the claims of all Settlement Class Members and any Self-Identifiers, Microsoft shall pay up to but no more than the Maximum Settlement Amount. The payments described in this Section shall exhaust and fully satisfy any and all payment obligations of Microsoft under this Settlement Agreement, and shall extinguish entirely any further obligation, responsibility, or liability to pay any additional expenses, costs, sums, taxes, or payments of any kind to the Class Representative, the Settlement Class Members, the Settlement Administrator, any Self-Identifiers, or to any of their respective counsel, experts, advisors, agents, and representatives. If Microsoft is obligated, ordered, or otherwise required to make any additional payments in connection with this Settlement, Microsoft shall have the right to terminate this Agreement, thereby rendering it null and void, without penalty or sanction.

The Settlement Amount shall include the full and complete cost of Settlement Class benefits and compensation, all Class Notices and claims administration and all related administrative costs, any Subpoena Costs (if any are authorized by the Court), the Incentive Payment (if any is authorized by the Court), the Reserve Fund, and Class Counsel's attorneys' fees and expenses (as authorized by the Court).

### C.     All Released Claims Satisfied by Settlement Fund

Each Settlement Class Member and any Self-Identifier shall look solely to the Settlement Fund for settlement and satisfaction of all Released Claims as provided in this Agreement.

### D.     Settlement Fund

Subject to the Maximum Settlement Amount, Microsoft shall pay for the cost of Class Notice and claims administration. The remainder of the Settlement Amount, net of the costs of Class Notice and claims administration, shall be paid by Microsoft into the Settlement Fund

within fifteen (15) days after the Effective Date of the Settlement.  The Settlement Fund shall be distributed to Settlement Class Members and any Self-Identifier as follows:

Each Settlement Class Member on the Settlement Class List who submits a timely and accepted Settlement Claim Form shall be entitled to a single pro-rata share for his or her debit and credit card transaction(s) at a Microsoft retail store in the United States between November 6, 2016 and December 2, 2016, when, according to Microsoft's records, Microsoft did not truncate more than the last five debit and credit card numbers on printed transaction receipts. The maximum payment to any Settlement Class Member who submits a timely and accepted Settlement Claim under this Settlement shall not exceed $100.   The pro rata share is determined after the deduction of the following costs:  all costs associated with Class Notices and claims administration and all related administrative costs; Subpoena Costs (if approved by the Court); the Incentive Payment (if any is authorized by the Court); the Reserve Fund; and Class Counsel's attorneys' fees and expenses (as authorized by the Court).

Microsoft cannot determine from transaction records whether emailed receipts were also printed between November 6, 2016 and December 2, 2016.  Out of this group of customers who received emailed receipts, it is not possible to ascertain who, if any, also received a printed receipt without individualized inquiries into each transaction, receipt, and customer.  As a result, a Reserve Fund for Self-Identifiers will be created using $25,000 of the Settlement Fund and will be reserved for any Self-Identifier who submits a timely and valid Self-Identifier Claim Form.  The Claims Administrator will check the information provided in the Self-Identifier Claim Form against Microsoft's transactional data.  These claims are also capped at $100 per Self-Identifier.  Any remaining money in the Reserve Fund will be added back to the Settlement Fund for the pro-rata distribution calculations for Settlement Class Members.  In no circumstance

will a person be deemed a Settlement Class Member or Self-Identifier unless his or her transaction data appears in Microsoft's records for persons who made in-store purchases. Only Settlement Class Members and any Self-Identifiers are bound by the Releases in Section VI of this Settlement Agreement.

The distribution for any valid claim shall be as follows:

      i.   <u>Settlement awards shall be paid by check</u>. The Claims Administrator shall mail, by first-class mail, a check to each claiming Settlement Class Member eligible to receive payment within 45 days after the Effective Date. The Claims Administrator will perform skip tracing and re-mailing, as reasonably necessary. Checks will be valid for 120 days from the date on the check.

     ii.   <u>Remaining Funds</u>. Money in the Settlement Fund that has not been distributed due to uncashed checks shall be distributed to Future of Privacy Forum (https://fpf.org), an agreed upon cy pres.

**E.**     **Return of Settlement Fund to Microsoft if Final Approval Does Not Occur**

In the event the Agreement does not receive Final Approval, or is cancelled or terminated or otherwise becomes null and void for any reason, any amount in the Settlement Fund shall be returned to Microsoft within five (5) days after the occurrence of the condition or event that prevents the Effective Date of the Settlement Agreement from taking place.

**F.**     **Attorneys' Fees and Class Representative Incentive Payment**

To the extent that the Court orders an award of attorneys' fees and expenses to any Class Counsel, or an Incentive Payment to the Class Representative, such awards will be paid from the Settlement Fund within twenty-five (25) days after the Effective Date.

17

### 1.      Attorneys' Fees and Expenses

Class Counsel will petition the Court for an award of reasonable attorneys' fees plus expenses to be paid solely from the Settlement Amount. This award shall be Class Counsel's total recovery for attorneys' fees, costs, and/or adequately supported expenses of any kind (including, but not limited to, mediation fees, travel, filing fees, court reporter, and videographer expenses, expert fees and costs, and document review and production costs). Microsoft reserves the right to object to any request by Class Counsel for attorneys' fees and expenses, and to appeal any award of such fees and expenses entered by the Court. Class Counsel shall be responsible for allocating and shall allocate all attorneys' fees and expenses that are awarded by the Court among Class Counsel, and Microsoft shall have no responsibility, role, or liability in connection with such allocation.

### 2.      Class Representative Incentive Payment

Class Counsel will petition the Court for an Incentive Payment for the service to the Settlement Class and the time and effort that the Class Representative personally invested in this Litigation, to be paid solely from the Settlement Amount. Microsoft reserves the right to object to any petition by Class Counsel for an Incentive Payment to the Class Representative, and to appeal any award of an Incentive Payment entered by the Court. Class Counsel shall be responsible for distributing to the Class Representative any Incentive Payment awarded by the Court, and Microsoft shall have no responsibility, role, or liability in connection with such payment.

### G.      Changes in Practice

The Parties recognize that as a result of this litigation, Microsoft learned of and fixed a temporary issue with its customized point-of-sale software, and its retail stores stopped printing

18

any receipts that included more than the last five digits of cardholders' debit and credit card numbers.  Microsoft will internally train store personnel on procedures regarding FACTA and, within one year, conduct an internal audit regarding compliance with FACTA.

**H.     Motion for Preliminary Approval**

Concurrent with submission of this Agreement for the Court's consideration, Class Counsel shall submit to the Court a motion for preliminary approval of this Agreement. The motion shall seek entry of a Preliminary Approval Order substantially in the form attached hereto as Exhibit 1.

**IV.     CLAIMS ADMINISTRATION**

**A.     Claims Administrator**

The Claims Administrator may appoint as many claims officers, experts, and/or advisors as are necessary to carry out its duties expeditiously. The Claims Administrator shall be responsible for disseminating information to Settlement Class Members concerning settlement procedures.  In addition, the Claims Administrator shall (i) process Requests for Exclusion, (ii) receive all opt-out forms and documentation, (iii) receive, process, classify, and pay claims as provided in this Agreement and any applicable orders of the Court, and (iv) operate under the continuing supervision of the Court.

**B.     Notice**

**1.     Mailing**

A copy of the Mail Notice substantially in the form attached hereto as Exhibit 2 shall be mailed by first class U.S. mail to every Settlement Class Member for which there is address information, by the deadline established by the Preliminary Approval Order.  Such mailing shall be completed by the Claims Administrator.  If it has not already done so, within 15 days after the

Court enters preliminary approval of this Settlement, Microsoft shall provide the Claims Administrator with the Settlement Class List.  The Parties agree that this information only may be shared with Class Counsel and any party Class Counsel decides to subpoena for the limited purpose of obtaining Settlement Class Member contact information. This information shall otherwise be kept confidential pursuant to the Protective Order.

**2.     Settlement Website**

By the deadline for disseminating the Class Notice, the Claims Administrator shall establish and maintain the Settlement Website, which, among other things, (i) enables Settlement Class Members to submit a claim and access and download the Settlement Claim Form, (ii) provides a Self-Identifier Claim Form; (iii) provides contact information for Class Counsel, and (iv) provides access to relevant documents.  Such documents shall include this Agreement and Class Notice; the Preliminary Approval Order; the Full Notice, the Complaint; and, when filed, the Order of Final Approval.  The Class Notice shall include the address (URL) of www.MicrosoftFACTASettlement.com for the Settlement Website.  The Claims Administrator shall maintain the Settlement Website until at least 30 days following the Claims Deadline.

**3.     IVR**

By the deadline for mailing the Class Notice, the Claims Administrator shall establish and maintain a toll free number that maintains an IVR system to answer questions and allow Settlement Class Members who have a claim ID form received through mail notice to submit a claim and to verify membership in the Settlement Class, subject to penalty of perjury.

**4.     Opt-Out**

The Class Notice, along with the Full Notice, shall provide a procedure whereby Settlement Class Members may exclude themselves from the Settlement Class by mailing a

20

Request for Exclusion by the Opt-Out Deadline. Any Settlement Class Member who does not validly and timely submit a Request for Exclusion before the Opt-Out Deadline shall be deemed a Settlement Class Member and shall be bound by the terms of this Agreement and all subsequent proceedings, orders, and judgments.

To be valid, the Request for Exclusion must:  (a) identify the case name; (b) identify the name, address, and telephone number of the Settlement Class Member; (c) be personally signed by the Settlement Class Member requesting exclusion; and (d) contain a statement that indicates a desire to be excluded from the Settlement Class in the Litigation, such as "I hereby request that I be excluded from the proposed Settlement Class in *Guarisma v. Microsoft*."  Any Settlement Class Member who does not opt out of the Settlement in the manner described herein shall be deemed to be part of the Settlement Class, and shall be bound by all subsequent proceedings, orders, and judgments.  A Settlement Class Member who desires to opt out must take timely affirmative written action pursuant to this Agreement, even if the Settlement Class Member desiring to opt out of the Settlement Class (a) files or has filed a separate action against any of the Microsoft Releasees, or (b) is, or becomes, a putative class member in any other class action filed against any of the Microsoft Releasees.  If the number of Settlement Class Members who properly and timely exercise their right to opt out of the Settlement Class exceeds seven percent (7%) of the total number of Settlement Class Members, Microsoft shall have the right to terminate this Agreement, thereby rendering it null and void, without penalty or sanction.

### 5.     Objections

The Class Notice, along with the Full Notice, shall also describe the procedure for Settlement Class Members to object to the settlement set forth herein and any of its terms. Objections must be received by the Objection Deadline.  To be valid, the written objection must

21

include:  (a) the case name and number; (b) the name, address, and telephone number of the Settlement Class Member objecting and, if represented by counsel, of his/her counsel; (c) a description of the specific basis for each objection raised; (d) a statement of whether he/she intends to appear at the Final Approval Hearing, either with or without counsel; and (e) the date of the purchase for which the Settlement Class Member received a receipt with more than the last five digits of his or her debit or credit card number.  Any Settlement Class Member who fails to object to the Settlement in the manner described in the Class Notice and consistent with this Section shall be deemed to have waived any such objection, shall not be permitted to object to any terms or approval of the Settlement at the Final Approval Hearing, and shall be foreclosed from seeking any review of the Settlement or the terms of the Agreement by appeal or other means.

### 6. Non-Approval of Agreement

This Agreement is conditioned on Final Approval without material modification by the Court.  In the event that the Agreement is not so approved, the Parties shall have the right to withdraw from the Agreement and return to the status quo ante as of the date of this Agreement, as if no Agreement had been negotiated or entered into.  Moreover, the Parties shall be deemed to have preserved all of their rights or defenses as of the date of the Agreement, and shall not be deemed to have waived any substantive, evidentiary, procedural, or other rights of any kind that they may have as to each other or any member of the Settlement Class or any Self-Identifier.  In the event that the Agreement is approved without material modification by the Court, but is later reversed or vacated on appeal, each of the Parties shall have a right to withdraw from the Agreement and return to the status quo ante as of the date of this Agreement, for all litigation purposes, as if no Agreement had been negotiated or entered into, and shall not be deemed to

have waived any substantive, evidentiary, procedural, or rights of any kind that they may have as to each other or any member of the Settlement Class or any Self-Identifier.

### 7.      Microsoft's Rights to Terminate Agreement

Microsoft's willingness to settle this Litigation on a classwide basis and to agree to the certification of the Settlement Class is dependent upon achieving finality in this Litigation, and the desire to avoid further expense in this Litigation.  Consequently, Microsoft shall have the right in its sole discretion to terminate this Settlement Agreement, declare it null and void, and have no further obligations under this Settlement Agreement to Plaintiff, Settlement Class Members, any Self-Identifier, or Class Counsel if any of the following conditions subsequently occurs:  (1) the Court fails or declines to grant Preliminary Approval pursuant to the terms of the Preliminary Approval Order; (2) the Court fails or declines to grant Final Approval pursuant to the terms of the Final Approval Order; (3) the Effective Date does not occur for any reason, including the entry of an order by any court that would require either modification or termination of the Settlement Agreement or Final Approval Order; (4) any of the conditions described in this Settlement, including any Exhibits, as a basis for termination or cancellation occur; or (5) Plaintiff or Class Counsel do not comply with the representations to Settlement Class Members set forth in the Mail Notice or Full Notice.

### 8.      CAFA Notice

Microsoft will serve notices under the Class Action Fairness Act of 2005, 28 U.S.C. § 1715, within the timelines specified by 28 U.S.C. § 1715(b).

### C.      Claims Process

In order to make a claim, a Settlement Class Member must submit a completed Settlement Claim Form in compliance with the procedures set forth in the Class Notice,

Preliminary Approval Order, and Order of Final Approval.  Likewise, any Self-Identifier must submit a completed Self-Identifier Claim Form in compliance with the procedures set forth in the Class Notice, Preliminary Approval Order, and Order of Final Approval.  All Settlement Claim Forms or Self-Identifier Claim Forms must be submitted by the Claims Deadline as set forth in the Class Notice.  Any Settlement Claim Form or Self-Identifier Claim Form submitted after the Claims Deadline shall be deemed an untimely and invalid claim.  Any Settlement Claim Form or Self-Identifier Claim Form that does not match Microsoft's transaction data showing that the Settlement Class Member received a receipt that may have violated FACTA shall be invalid as that person would not be a Settlement Class Member.

### D.    Information

At least ten (10) days prior to the hearing on Final Approval, the Claims Administrator shall prepare and disseminate to counsel an initial list that shall identify each Settlement Class Member and any Self-Identifier; the anticipated payment for each Settlement Class Member and any Self-Identifier under the Agreement; the deliverable address for each Settlement Class Member and any Self-Identifier; and any Settlement Class Members who have opted out of the Settlement Class.

### E.    Distribution

The Claims Administrator shall distribute the Settlement Fund in accordance with the terms of this Agreement by:  (a) paying any Incentive Award to the Named Plaintiff, any attorneys' fees and expenses to Class Counsel, and any Subpoena Costs within twenty-five (25) days after the Effective Date; and (b) making any payments to Settlement Class Members or Self-Identifiers who submit timely and valid Settlement Claim Forms within forty-five (45) days after the Effective Date.  In addition, the Claims Administrator shall pay any amounts from the

Reserve Fund to self-identifying Settlement Class Members within forty-five (45) days after the Effective Date.

### F.    Retention of Records

The Claims Administrator shall retain all records relating to payment of claims under this Agreement for a period of five (5) years from the Effective Date. The confidentiality of those records shall be maintained in accordance with the Preliminary Approval Order.

### V.    EXCLUSIVE REMEDY/DISMISSAL OF CLAIMS/JURISDICTION

### A.    Exclusive Remedy

This Agreement shall be the exclusive remedy for any and all Released Claims, any claim arising out of the subject matter of this Agreement, and any complaint by the Settlement Class, any Settlement Class Member, or any Self-Identifier against the Microsoft Releasees related to the Released Claims.  No Microsoft Releasee shall be subject to liability or expense of any kind to the Settlement Class, any Settlement Class Member, or any Self-Identifier related to the Released Claims, except as provided in this Agreement.  This Agreement shall be binding upon, and inure to the benefit of the Parties' successors and assigns.

### B.    Dismissal of Claims

The Parties agree that upon the Effective Date, the Litigation shall be dismissed with prejudice in accordance with the Order of Final Approval, substantially in the form attached hereto as Exhibit 4.

### C.    Continuing Jurisdiction of Court

The Court shall retain exclusive and continuing jurisdiction over this Litigation, the Parties, and this Agreement with respect to the performance of its terms and conditions (and

disputes arising out of or relating to this Agreement), the proper provision of all benefits, and the implementation and enforcement of its terms, conditions, and obligations.

## VI.    RELEASES

Upon the Effective Date of this Agreement, the Microsoft Releasees shall be released and forever discharged by the Class Representative, the Settlement Class, each Settlement Class Member, and any Self-Identifier from all Released Claims. The Settlement Class, each Settlement Class Member, and each Self-Identifier covenant and agree that they shall not hereafter seek to establish liability against any Microsoft Releasee based, in whole or in part, on any of the Released Claims. The Class Representatives, the Settlement Class, each Settlement Class Member, and any Self-Identifier expressly waive and relinquish any and all rights which they may have under Section 1542 of the California Civil Code or any similar statute of the United States. Section 1542 reads as follows:

> **A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.**

The Class Representative, the Settlement Class, each Settlement Class Member, and any Self-Identifier may hereafter discover facts in addition to or different from those which they now know or believe to be true with respect to the subject matter of the Released Claims, but the Class Representative, the Settlement Class, each Settlement Class Member, and any Self-Identifier, upon the Effective Date, shall be deemed to have, and by operation of the Order of Final Approval shall have, nevertheless, fully, finally, and forever waived, settled and released any and all Released Claims, regardless of such subsequent discovery of additional or different facts.

26

Upon the Effective Date of this Agreement, the Microsoft Releasees shall be released and forever discharged by the Named Plaintiff for any and all claims that he may have against any Microsoft Releasee.

Upon issuance of the final Judgment, the Named Plaintiff, any Self-Identifier, and all Settlement Class Members who have not opted out shall be permanently barred and enjoined from: (a) asserting any Released Claims in any action or proceeding or from filing, commencing, prosecuting, intervening in, or participating in (as class members or otherwise) any action or proceeding based on any of the Released Claims; and (b) organizing Settlement Class Members, or soliciting the participation of Settlement Class Members, for purposes of pursuing any action or proceeding (including by seeking to amend a pending complaint to include class allegations, or seeking class certification in a pending or future action or proceeding) based on any of the Released Claims.  Nothing in this Settlement Agreement shall preclude any action to enforce the terms of the Settlement Agreement.

**VII.**   **COVENANTS, REPRESENTATIONS, AND WARRANTIES**

Named Plaintiff, the Settlement Class Members, and any Self-Identifiers covenant and agree:  (a) not to assert any of the Released Claims in any action or proceeding and not to file, commence, prosecute, intervene in, or participate in (as class members or otherwise) any action or proceeding based on any of the Released Claims against any of the Microsoft Releasees; (b) not to organize or solicit the participation of Settlement Class Members in a separate class for purposes of pursuing any action or proceeding (including by seeking to amend a pending complaint to include class allegations, or seeking class certification in a pending or future action or proceeding) based on or relating to any of the Released Claims or the facts and circumstances relating thereto against the Microsoft Releasees; and (c) that the foregoing covenants and this

Agreement shall be a complete defense to any of the Released Claims against any of the Microsoft Releasees.

Named Plaintiff represents and warrants that: (a) he is the sole and exclusive owner of his own Released Claims; (b) that he has not assigned or otherwise transferred any interest in any of the Released Claims against any of the Microsoft Releasees; (c) that he will not assign or otherwise transfer any interest in any of the Released Claims; and (d) that he has no surviving claim or cause of action against any of the Microsoft Releasees that is not being released by this Settlement Agreement.

Class Counsel represent and warrant that: (a) they know of no other persons with claims against Microsoft who are not included in the Settlement Class and whose claims will not be released upon the Effective Date of this Agreement; and (b) they will keep confidential and not publicly disclose, disseminate, or use any of the information in the Settlement Class List, except as provided in this Agreement, including any card information.

VIII.   MISCELLANEOUS PROVISIONS

A.   Cooperation to Facilitate this Settlement

The Parties agree that they shall work together in good faith to facilitate this Agreement, as well as undertake any required steps to effectuate the purposes and intent of this Agreement.

B.   Representation by Counsel

The Parties represent and warrant that they have been represented by, and have consulted with, the counsel of their choice regarding the provisions, obligations, rights, risks, and legal effects of this Agreement and have been given the opportunity to review independently this Agreement with such legal counsel and agree to the particular language of the provisions herein.

### C. No Admission of Liability

Nothing in this Agreement, or the Parties' willingness to enter into this Agreement, shall be construed as an admission by any person or entity, of any liability or wrongdoing of any Party, or of the truth of any allegations made by the Class Representative, on behalf of himself or the Settlement Class, against Microsoft. Microsoft expressly denies and disclaims any liability or wrongdoing. The existence, contents, and terms of Agreement, and any negotiations, statements, or proceedings in connection therewith, shall not be admissible as evidence for any purpose in any proceeding, except solely for purposes of enforcement of the Agreement's terms; however, this Agreement may be used by either Party and pleaded as a full and complete defense to any action, suit, or other proceeding that has been or may be instituted, prosecuted, or attempted with respect to any of the Released Claims, and may be filed, offered, and received into evidence, and otherwise used for such defense.

### D. Contractual Agreement

The Parties understand and agree that all terms of this Agreement are contractual and are not a mere recital, and each signatory warrants that he or she is competent and possesses the full and complete authority to execute and covenant to this Agreement on behalf of the Party that he or she represents.

### E. Change of Time Periods

The time periods and/or dates described in this Agreement with respect to the giving of notices and hearings are subject to approval and change by the Court or by written agreement of Class Counsel and Counsel for Microsoft, without notice to Settlement Class Members. The Parties reserve the right, by agreement and subject to Court approval, to grant any reasonable extension of time that might be needed to carry out any of the provisions of this Agreement.

### F.      Integration

This Agreement constitutes a single, integrated written contract expressing the entire agreement of the Parties relative to the subject matter hereof.  This Agreement supersedes all prior representations, agreements, understandings, both written and oral, among the Parties, or any of them, with respect to the subject matter of this Agreement.  No covenants, agreements, representations, or warranties of any kind whatsoever have been made by any Party hereto, except as provided for herein, and no Party is relying on any prior oral or written representations, agreements, understandings, or undertakings with respect to the subject matter of this Agreement.  This Agreement does not impact the validity of any preexisting arbitration or warranty agreements between Microsoft and any Settlement Class Members or any Self-Identifier.

### G.      Drafting

The Parties agree that no single Party shall be deemed to have drafted this Agreement, or any portion thereof, for purpose of the invocation of the doctrine of *contra proferentem*. This Agreement is a collaborative effort of the Parties and their respective attorneys.

### H.      Costs

Except as otherwise provided herein, each Party shall bear its own legal and other costs incurred in connection with the Released Claims, including the preparation and performance of this Agreement.

### I.      Modification or Amendment

This Agreement may not be modified or amended, nor may any of its provisions be waived, except by a writing signed by the Parties who executed this Agreement or their successors-in-interest.

J.      **No Waiver**

The failure of a Party hereto to insist upon strict performance of any provision of this Agreement shall not be deemed a waiver of such Party's rights or remedies or a waiver by such Party of any default by another Party in the performance or compliance of any of the terms of this Agreement.  In addition, the waiver by one Party of any breach of this Agreement by another Party shall not be deemed a waiver of any other prior or subsequent breach of this Agreement.

K.      **Severability**

Should any part, term, or provision of this Agreement be declared or determined by any court or tribunal to be illegal or invalid, the Parties agree that the Court may modify such provision to the extent necessary to make it valid, legal, and enforceable. In any event, such provision shall be separable and shall not limit or affect the validity, legality, or enforceability of any other provision hereunder; provided, however, that the terms of this Section VII(K) shall not apply should any court or tribunal find any part, term, or provision of the release, as set forth in Section VI, to be illegal or invalid in any manner.

L.      **No Violation of Law or Agreement**

The execution, delivery, and performance of this Agreement by the Parties hereto does not and will not, conflict with, violate, result in a breach of, or cause a default under, (a) any applicable provision of any federal, state, or local law or regulation, (b) any provision of any order, arbitration award, judgment, or decree, or (c) any provision of any agreement or instrument applicable to the Parties.

M.      **Successors**

This Agreement shall be binding upon and inure to the benefit of the heirs, successors, and assigns of the Parties hereto.

### N. Choice of Law

All terms and conditions of this Agreement shall be governed by and interpreted according to the laws of the state of Florida, without reference to its conflict of law provisions, except to the extent that federal law governs. The adequacy of the settlement, any determination regarding Class Counsel's fees and expenses, and any Incentive Payment shall be governed by federal law.

### O. Fair and Reasonable

The Parties and their counsel believe that this Agreement is a fair and reasonable compromise of the disputed claims, it is in the best interests of the Parties, and have arrived at this Agreement as a result of extensive arms-length negotiations.

### P. Headings

All headings contained herein are for informational purposes only and do not constitute a substantive part of this Agreement. In the event of a dispute concerning the terms and conditions of this Agreement, the headings shall be disregarded.

### Q. Exhibits

The Exhibits to this Agreement are expressly incorporated and made part of the terms and conditions set forth herein.

### R. Counterparts

This Agreement may be executed in one or more counterparts. All executed counterparts, and each of them, shall be deemed to be one and the same instrument provided that counsel for the Parties to this Agreement shall exchange among themselves original signed counterparts.

### S.     Facsimile and Electronic Mail

Transmission of a signed Agreement by facsimile or electronic mail shall constitute receipt of an original signed Agreement by mail.

### T.     Warranty of Signature

Each signer of this Agreement represents and warrants that he or she is authorized to execute this Agreement in his or her official capacity on behalf of the Party to this Agreement for which he or she is signing and that this Agreement is binding on the principal represented by that signatory.

### U.     No Assignment

Each Party represents and warrants that such Party has not assigned or otherwise transferred (via subrogation or otherwise) any right, title, or interest in or to any claims, causes of action, or demands which were or could have been, or ever could be asserted against any Party and that are released in this Agreement, or which were, could have been, or ever could be asserted against any Party.  Any Party that breaches the representations and warranties set forth in this Section VII(V) shall indemnify and hold harmless each other Party, its parents, subsidiaries, and affiliates, and their respective owners, agents, attorneys, successors, heirs, assigns, administrators, officers, directors, employees, and all other persons acting in concert with them from any and every claim or demand of every kind or character arising out of a breach by any such breaching Party of its representations and warranties in this Section VII(V).

### V.     Confidentiality

The Parties and their counsel agree to keep the existence and contents of this Agreement confidential until the motion for Preliminary Approval is filed.

The Parties and their counsel may return calls, emails, or other inquiries from the media, but shall not talk to the media regarding the Settlement (other than by declining to comment), issue press releases regarding the Settlement, or otherwise discuss the Settlement with the media or the public (other than by declining to comment), unless otherwise required by law.  Nothing precludes Class Counsel from referencing the Settlement in court filings, mediation statements, or settlement discussions or from discussing this Agreement with Settlement Class Members or any Self-Identifier.

**W.    Settlement To Proceed Regardless If This Court Or The Eleventh Circuit Determines That The Court Lacks Subject Matter Jurisdiction**

Should this Court or the Eleventh Circuit determine that the Court lacks subject matter jurisdiction prior to the Settlement becoming Final, the Parties agree as follows:

1.    The Parties shall proceed with this Settlement, without material change other than any necessary to accommodate a change to a state court jurisdiction and setting, in Miami-Dade County, Florida, provided that Plaintiff files the Complaint in substantially identical form in the Circuit Court for the 11th Judicial Circuit in and for Miami-Dade County, Florida;

2.    Plaintiff shall file the same or materially the same motion for preliminary approval contemplated by Section III(G) of this Agreement, along with this Agreement;

3.    The Parties agree to propose materially the same proposed Preliminary Approval Order, Final Approval Order, Class Notice, Settlement Claim Form, and Self-Identifier Claim Form proposed here; the only material changes that shall be made, and only if deemed necessary, shall be to reflect the change of court, the passage of time, any need for a new state court presiding over the matter to make its own findings regarding the propriety of certifying the Settlement Class, and any other change in circumstances the Parties to this Settlement mutually agree is needed to secure the final approval of this Agreement;

4.     If additional notice to the Settlement Class Members is required as part of the approval process in state court, the cost for such additional notice shall be paid by Class Counsel, although the Parties will use their best efforts to seek to maintain the same schedule to avoid any need for additional notice.  Similarly, the notice will advise the Settlement Class Members to check the website for any updates or changes to the schedule;

5.     The Parties agree to certification for settlement purposes only of the Settlement Class as set forth in Section I in this Settlement;

6.     Microsoft hereby waives any statute of limitations defense it might have against Plaintiff or any Settlement Class Member created as a result of the need to refile the case in state court because a federal court determined that it lacked subject matter jurisdiction;

7.     In no event shall Microsoft's payments under this Settlement exceed the Maximum Settlement Amount; and

8.     To the extent this Agreement is not approved, is deemed void, or the Effective Date does not occur, Microsoft does not waive, but rather expressly reserves the right to challenge the standing of Plaintiff or any other putative class member, and Plaintiff agrees Microsoft shall be entitled to raise all affirmative defenses in any further proceeding except as to the statute of limitations defense as set forth in Paragraph 6 above.

IN WITNESS WHEREOF, the Parties have caused this Agreement to be duly executed by themselves or by their duly authorized representatives:

Dated: 2 - 17 - 2017          By: _____

Carlos Guarisma
*Plaintiff and Class Representative*

35

Dated: ___2/17/17_____        By:    _____

Scott D. Owens
Bret L. Lusskin
Patrick Christopher Crotty
Keith Keogh
Michael S. Hilicki
*Counsel for Plaintiff Guarisma and the Settlement Class*


Dated: _____        By:    MICROSOFT CORPORATION

                                           _____

                                           Name: _____

                                           Title:  _____

Dated: _____     By:    _____
                                    Scott D. Owens
                                    Bret L. Lusskin
                                    Patrick Christopher Crotty
                                    Keith Keogh
                                    Michael S. Hilicki
                                    *Counsel for Plaintiff Guarisma and the Settlement Class*

Dated: _2/16/17_              By:    MICROSOFT CORPORATION

                                    Name: _David Heiner_

                                    Title: _Corporate Vice President_

# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:15-CV-24326-CMA

_____

CARLOS GUARISMA, individually and
on behalf of others similarly situated,

            Plaintiff,

v.

MICROSOFT CORPORATION,

            Defendant.

_____

## [PROPOSED] ORDER CERTIFYING SETTLEMENT CLASS, GRANTING PRELIMINARY APPROVAL OF SETTLEMENT, AND DIRECTING NOTICE TO THE CLASS

WHEREAS, this matter has come before the Court pursuant to a Motion for Entry of an Order Certifying the Settlement Class, Granting Preliminary Approval of Settlement and Approving the Form and Method of Notice to the Settlement Class (the "Motion"); and

WHEREAS, the Court finds that it has jurisdiction over this action and each of the Parties for purposes of settlement; and

WHEREAS, this Court has considered all of the submissions related to the Motion, and is otherwise fully familiar with the papers filed and the proceedings in this matter;

IT IS HEREBY ORDERED:

## I.      PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

1.      The terms of the Settlement Agreement and Release, dated [DATE], including all Exhibits thereto (the "Agreement"), attached to the Motion, are hereby preliminarily approved,

subject to further consideration thereof at the Fairness Hearing provided for below.  This Order incorporates herein, and makes a part hereof, the Agreement, including all Exhibits thereto. Unless otherwise provided herein, the terms defined in the Agreement shall have the same meanings herein.   The Agreement was entered into only after extensive arm's-length negotiations by experienced counsel and following ongoing mediation efforts presided over by a professional mediator, Rodney Max.   The Court finds that the settlement embodied in the Agreement (the "Settlement") is sufficiently within the range of reasonableness so that notice of the Settlement should be given as provided in this Order.   In making this determination, the Court has considered the current posture of this Litigation and the risks and benefits to the Parties involved in both settlement of these claims and continuation of the Litigation.

## II.   THE CLASS, CLASS REPRESENTATIVE, AND CLASS COUNSEL

2.     The Settlement Class is defined as follows:

All persons (i) identified in the Settlement Class List (ii) who, when making payment for a transaction at a Microsoft retail store located in the United States, (iii) made such payment using a credit or debit card (iv) and were provided with a printed point-of-sale receipt instead of an email receipt (v) which displayed more than the last five digits of said credit or debit card number (vi) between November 20, 2013 and present.

Notwithstanding the foregoing, in compliance with 28 U.S.C. §455, this class specifically excludes persons in the following categories: (A) the district judge and magistrate judge presiding over this case and the judges of the United States Court of Appeals for the Eleventh Circuit; (B) the spouses of those in category (A); (C) any person within the third degree of relationship of those in categories (A) or (B); and (D) the spouses of those within category (C).

However, excluded from the Settlement Class is any individual who properly opts out of the Settlement Class pursuant to the procedure described herein.

3.     The Court makes the following determinations as to certification of the Settlement

Class:

> A.      The Court preliminarily certifies the Settlement Class for purposes of settlement only, under Fed. R. Civ. P. 23(a) and (b)(3).

> B.      The Settlement Class is so numerous that joinder of all members is impracticable;

> C.      There are questions of law or fact common to the members of the Settlement Class;

> D.      The claims of the Plaintiffs are typical of the claims of the other members of the Settlement Class;

> E.      Plaintiff is capable of fairly and adequately protecting the interests of the members of the Settlement Class, in connection with the Agreement;

> F.      Common questions of law and fact predominate over questions affecting only individual members of the Settlement Class;

> G.      The Settlement Class is ascertainable; and

> H.      Resolution of the claims in this Litigation by way of a nationwide settlement is superior to other available methods for the fair and efficient resolution of the claims of the Settlement Class.

4.      Pursuant to Fed. R. Civ. P. 23(g), the Court determines that Plaintiff's counsel, Scott D. Owens, Keith J. Keogh, Michael S. Hilicki, Bret L. Lusskin, and Patrick Crotty, are adequate to represent the Class and appoints them Class Counsel.

## III.     NOTICE TO CLASS MEMBERS

5.      The Court has considered the Class Notice, attached as Exhibits 2 and 3 to the Agreement, including the proposed forms of notice, Mail Notice, Full Notice for the Settlement

Website, and Settlement Claim Forms, and finds that the forms, content, and manner of notice proposed by the Parties and approved herein meet the requirements of due process and Fed. R. Civ. P. 23(c) and (e), are the best notice practicable under the circumstances, constitute sufficient notice to all persons entitled to notice, and satisfy the Constitutional requirements of notice.  The Court approves the Class Notice program in all respects (including the proposed forms of notice, Mail Notice, Full Notice for the Settlement Website, and Settlement Claim Forms) and orders that notice be given in substantial conformity therewith.  The Class Notice program shall commence no later than 60 days after entry of this Order, on or about _____, 2017 (the "Notice Deadline").  The costs of preparing, printing, publishing, mailing and otherwise disseminating the Class Notice shall be paid from the Settlement Fund in accordance with the Agreement.

6.      The Court appoints _____ as Claims Administrator. Responsibilities of the Claims Administrator shall include the following: (a) disseminating information, including the Class Notice, to Settlement Class Members concerning settlement procedures in the manner provided in the Class Notice program; (b) receiving Requests for Exclusion and documentation and processing and tabulating each Request; and (c) receiving, processing, classifying, and paying claims as provided in the Agreement and pursuant to any applicable orders of this Court.

## IV.      REQUEST FOR EXCLUSION FROM THE CLASS

7.      A Settlement Class Member who wishes to be excluded from the Settlement Class shall mail a written Request For Exclusion to the Claims Administrator, so that it is postmarked no later than 60 days after the Notice Deadline, or _____, 2017 (the "Opt-Out Deadline"), and shall clearly state the following: (a) identify the case name; (b) identify the

name, address, and telephone number of the Settlement Class Member; (c) be personally signed by the Settlement Class Member requesting exclusion; and (d) contain a statement that indicates a desire to be excluded from the Settlement Class in the Litigation, such as "I hereby request that I be excluded from the proposed Settlement Class in *Guarisma v. Microsoft*."

8.      A Settlement Class Member who desires to opt out must take timely affirmative written action pursuant to this Order, even if the Settlement Class Member desiring to opt out of the Settlement Class (a) files or has filed a separate action against Microsoft or any Microsoft Releasee, or (b) is, or becomes, a putative class member in any other class action filed against Microsoft or any Microsoft Releasee.

9.      Any Settlement Class Member who does not properly and timely mail a Request For Exclusion as set forth above shall be automatically included in the Settlement Class, and shall be bound by all the terms and provisions of the Agreement, including the Release, and the Order of Final Approval, whether or not such Settlement Class Member received actual notice or objected to the Class Settlement and whether or not such Settlement Class Member makes a claim upon or participates in the Class Settlement.

## V.      OBJECTIONS

10.      Objections must be received by the Objection Deadline.  To be valid, the written objection must include:  (a) the case name and number; (b) the name, address, and telephone number of the Settlement Class Member objecting and, if represented by counsel, of his/her counsel; (c) a description of the specific basis for each objection raised; (d) a statement of whether he/she intends to appear at the Final Approval Hearing, either with or without counsel; and (e) the date of the purchase for which the Settlement Class Member received a receipt displaying more than the last five digits of his or her credit or debit card number.  Any

5

Settlement Class Member who fails to object to the Settlement in the manner described in the Class Notice and consistent with this Paragraph shall be deemed to have waived any such objection, shall not be permitted to object to any terms or approval of the Settlement or the Agreement at the Final Approval Hearing, and shall be foreclosed from seeking any review of the Settlement or the terms of the Agreement by appeal or other means.

## VI.   PROOFS OF CLAIM

11.     To effectuate the Agreement and Class Settlement, and the provisions of the Class Notice program, the Claims Administrator shall be responsible for the receipt of all Requests for Exclusion and Settlement Claim Forms.  The Claims Administrator shall preserve (on paper or transferred into electronic format) all Requests for Exclusion, Settlement Claim Forms, and any and all other written communications from Settlement Class Members in response to the Class Notice for a period of five (5) years, or pursuant to further order of the Court.  All written communications received by the Claims Administrator from Settlement Class Members relating to the Agreement shall be available at reasonable times for inspection and copying by Class Counsel and Counsel for Microsoft, including prior to payments being mailed to each Settlement Class Member.

12.     In order to be entitled to participate in the Class Settlement, if effectuated in accordance with all of the terms and conditions set forth in the Agreement, each Settlement Class Member shall take the following actions and be subject to the following requirements:

A.      A Settlement Class Member who wishes to receive a distribution from the Settlement Fund must submit a properly executed Settlement Claim Form to the Claims Administrator on or before the Claims Deadline, which is 60 days after the Notice Deadline, or _____, 2017.  If such Settlement Claim Form is submitted by mailing via the United

6

States Postal Service to the address indicated in the Class Notice, it shall be deemed to have been submitted as of the date postmarked.  If such Settlement Claim Form is transmitted in any manner other than the United States Postal Service, it shall be deemed to have been submitted on the date it is actually received by the Claims Administrator;

        B.      Each completed Settlement Claim Form must contain the following information:  (a) name; (b) physical address; (c) phone number, which shall be optional; and (d) email address, to the extent that the Settlement Class Member has one.  The Settlement Claim Form on the Settlement Website will prepopulate this information for persons who first enter their claim ID and shall ask them to update or correct any information.

        C.      A Self-Identifier Claim Form is available only through the Settlement Website, and shall require any Self-Identifier to provide:  (a) name; (b) physical address; (c) phone number, which shall be optional; (d) email address, to the extent that the Settlement Class Member has one; and (e) verification that the Settlement Class Member received a printed receipt from a Microsoft retail store in the United States.  The Claims Administrator will check the written claim of any Self-Identifier against Microsoft's transactional data.  The Self-Identifier Claim Form shall require each Settlement Class Member to attest that the information he or she is providing is true and correct as of the date thereof to the best of his or her knowledge and belief, subject to penalty of perjury.

        D.      Each Settlement Claim Form and Self-Identifier Claim Form shall be submitted to and reviewed by the Claims Administrator, who shall make a recommendation to Class Counsel and Counsel for Microsoft about which claims should be allowed, but any Settlement Claim Form or Self-Identifier Claim Form that does not match Microsoft's transactional data showing that the Settlement Class Member may have received a receipt that

7

may have violated FACTA shall be invalid, as that person would not be a Settlement Class Member;

       E.      The Claims Administrator will notify each Settlement Class Member who filed a Settlement Claim Form or Self-Identifier Claim Form of any recommendation of disallowance, in whole or in part, of the Settlement Claim Form or Self-Identifier Claim Form submitted by such Settlement Class Member, and will set forth the reasons for any such disallowance.  A copy of such notification shall also be sent by the Claims Administrator to Class Counsel and Counsel for Microsoft.  Settlement Class Members shall be permitted a reasonable period of time to cure any deficiency with respect to their respective Settlement Claim Form or Self-Identifier Claim Form that is identified;

       F.      All Settlement Class Members who do not submit a timely Settlement Claim Form or who submit a Settlement Claim Form that is disallowed and not cured, shall be barred from participating in the Class Settlement and shall be bound by all of the terms and provisions of the Agreement; and

       G.      Each Settlement Class Member who submits a Settlement Claim Form or Self-Identifier Claim Form shall thereby expressly submit to the jurisdiction of the Court with respect to the claims submitted and shall (subject to final approval of the Agreement and Class Settlement) be bound by all the terms and provisions of the Agreement.

**VII.**    **CONFIDENTIALITY**

      13.    If Plaintiff subpoenas any non-party for information about the Settlement Class Members, such as contact information, that information shall be treated as confidential and shall not be disclosed to any person or entity other than Class Counsel, Counsel for Microsoft, the Claims Administrator, and the Court.  Likewise, any information received by the Claims

Administrator that pertains to a particular Settlement Class Member, including Microsoft transactional data or information submitted in conjunction with a Request for Exclusion (other than the identity of the person requesting exclusion), shall not be disclosed to any other person or entity other than Class Counsel, Counsel for Microsoft, and, if necessary, the Court, and shall otherwise be treated as provided for in the Agreement.

## VIII.   FAIRNESS HEARING

14.     A hearing on final settlement approval (the "Fairness Hearing") will be held on _____, 2017, at _____[149 days from the date of this Order] before this Court, at the United States District Court for the Southern District of Florida, Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Room 12-2, Miami, Florida 33128, to consider, inter alia, the following: (a) the fairness, reasonableness and adequacy of the Class Settlement; (b) the dismissal with prejudice of the Litigation; (c) whether Class Counsel's application for attorneys' fees, expenses, and Incentive Payment for the Class Representative (the "Fee Petition") should be granted; (d) whether to approve the proposed plan of allocation and distribution; and (e) whether to finally approve the Agreement, including the terms therein concerning release of claims by the Settlement Class and each of the Settlement Class Members.

15.     At least 14 days prior to the Objection Deadline, Class Counsel shall file with the Court any Fee Petition.

16.     At least 14 days before the Fairness Hearing, Class Counsel shall file with the Court any memoranda or other materials in support of final approval of the Agreement and Class Settlement.

17.     Any Settlement Class Member who has not filed a Request for Exclusion in the manner set forth above and who has timely filed an objection may appear at the Fairness Hearing

in person or by counsel and may be heard, to the extent allowed by the Court.  However, no person shall be heard in opposition to the Agreement and Class Settlement, dismissal or the Fee Petition, and no papers or briefs submitted by or on behalf of any such person shall be accepted or considered by the Court, unless filed with the Court and served upon counsel listed below within 60 days after the Notice Deadline.  Such person must:  (a) file with the Clerk of the Court a notice of such person's intention to appear as well as a statement that indicates the basis for such person's opposition and any documentation in support of such opposition within 60 days after the Notice Deadline; and (b) serve copies of such notice, statement, and documentation, as well as any other papers or briefs that such person files with the Court, either in person or by mail, upon all counsel listed below within 60 days after the Notice Deadline.  Settlement Class Members who object in the manner and by the dates provided herein shall be subject to the jurisdiction of this Court.  Settlement Class Members who fail to object in the manner and by the dates provided herein shall be deemed to have waived and shall forever be foreclosed from raising any such objections.

       18.    Counsel for the Parties who must be served with all documentation described above are as follows:

> Counsel for the Settlement Class:
> Keith J. Keogh
> Michael Hilicki
> Keogh Law LTD
> 55 W. Monroe Street
> Suite 3390
> Chicago, IL 60603

Counsel for Microsoft:
Anne Marie Estevez
Brian M. Ercole
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard
Suite 5300
Miami, FL 33131-2339

19.     Any Settlement Class Member may hire an attorney at his or her or its own expense to appear in the action.  Such attorney shall serve a Notice of Appearance on the Counsel listed above, and file it with the Court, within 60 days after the Notice Deadline.

20.     The date and time of the Fairness Hearing shall be set forth in the Mail Notice and Full Notice for the Settlement Website, but shall be subject to adjournment by the Court without further notice to the Settlement Class Members, other than that which may be posted at the Court, on the Court's website, and/or the Settlement Website.

21.     Pending Final Approval, all Settlement Class Members and Self-Identifiers are hereby preliminarily enjoined from, either directly, representatively, or in any other capacity (other than a Settlement Class Member who validly and timely elects to be excluded from the Settlement Class), from:  (a) filing, commencing, prosecuting, intervening in, or participating in (as class members or otherwise) any action or proceeding based on any of the Released Claims; and (b) organizing Settlement Class Members, or soliciting the participation of Settlement Class Members, for purposes of pursuing any action or proceeding (including by seeking to amend a pending complaint to include class allegations, or seeking class certification in a pending or future action or proceeding) based on any of the Released Claims or the facts and circumstances relating thereto.

22.     Upon Final Approval, all Settlement Class Members who do not file a timely Request for Exclusion and all Self-Identifiers shall be deemed to have forever released any and

11

all of the Released Claims against any of the Released Parties, as described in the Agreement, including, but not limited to, all claims that were or could have been asserted in the Litigation and all claims that relate to or arise from printing too much information on any receipts from a Microsoft retail store during the Settlement Class period, including, but not limited to, any claims under FACTA, for a violation of any consumer protection statutes, or regarding identity theft or the risk of identity theft.   In addition, upon Final Approval, all such Settlement Class Members and Self-Identifiers shall be forever enjoined and barred from asserting any of the Released Claims against any of the Released Parties.

## IX.   OTHER PROVISIONS

23.     Upon Final Approval, each and every term and provision of the Agreement (except as may be modified by the Final Approval Order) shall be deemed incorporated into the Final Approval Order as if expressly set forth, and shall have the full force and effect of an Order of the Court.

24.     This Order shall become null and void, and shall be without prejudice to the rights of the Parties, all of whom shall be restored to their respective positions existing immediately before this Court entered this Order, if:  (i) the proposed Settlement is not finally approved by the Court, or does not become Final (as defined in the Agreement), pursuant to the terms of the Agreement; or (ii) the Agreement is terminated or does not become Final, as required by the terms of the Agreement, for any other reason.   In such event, and except as provided therein, the proposed Settlement and Agreement shall become null and void and be of no further force and effect; the preliminary certification of the Settlement Class for settlement purposes shall be automatically vacated; neither the Agreement nor this Order shall be used or referred to for any purpose whatsoever; and the Parties shall retain, without prejudice, any and

all objections, arguments, and defenses with respect to class certification, including the right to argue that no class should be certified for any purpose.

25.     This Order shall be of no force and effect if the Settlement does not become Final and shall not be construed or used as an admission, concession, or declaration by or against Microsoft of any fault, wrongdoing, breach, or liability, or by or against Plaintiff or the Settlement Class Members that their claims lack merit or that the relief requested in the Complaint in this action is inappropriate, improper, or unavailable, or as a waiver by any party of any defenses or arguments it may have.

26.     The following summarizes the deadlines stated above for issuing Class Notice and submitting claims and objections:

| _____, 2017<br>[60 days after the date of the Preliminary Approval Order] | Deadline for notice of the Settlement to be sent to the Settlement Class Members |
|---|---|
| _____, 2017<br>[at least 14 days prior to the Objection Deadline] | Plaintiff to file Fee Petition |
| _____, 2017<br>[60 days after the Notice Deadline] | Deadline for Settlement Class Members to request exclusion or file objections (Opt-Out and Objection Deadline) |
| _____, 2017<br>[60 days after the Notice Deadline] | Deadline for Settlement Class Members to submit a Settlement Claim Form or Self-Identifier Claim Form (Claim Deadline) |

| | |
|---|---|
| **_____, 2017**<br>[30 days after the Opt-Out and Objection Deadline] | Deadline for Parties to file the following:<br>(1) List of persons who made timely and proper Requests for Exclusion (under seal);<br>(2) Proof of Class Notice; and<br>(3) Motion and memorandum in support of final approval, including responses to any objections. |
| **_____, 2017 at \_\_\_\_ \_.m.**<br>[149 days after the Preliminary Approval Order] | Final Approval Hearing |

DONE and ORDERED in Chambers in Miami, Florida, this _____ day of

_____, 2017.


_____
HON. CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

14

**EXHIBIT 2**

**NOTICE OF CLASS ACTION LAWSUIT AND PROPOSED SETTLEMENT**
THE COURT AUTHORIZED THIS NOTICE.  THIS IS NOT A SOLICITATION FROM A LAWYER.

YOU MAY BE ENTITLED TO RECEIVE MONETARY COMPENSATION.

| | |
|---|---|
| **What is this?** | This is notice of a proposed Settlement in a class action lawsuit. |
| **What is this lawsuit about?** | The Settlement would resolve a lawsuit brought on behalf of a class of individuals, where the Plaintiff alleged that, between November 20, 2013, and _____, 2017, Microsoft retail stores located in the United States printed point-of-sale receipts for credit or debit card transactions that displayed more than the last 5 digits of the card number used in the transaction.  Any person that does not match Microsoft's transaction data showing that they may have received a receipt that may have violated FACTA shall not be a Settlement Class Member.  Microsoft denies any wrongdoing.  The Court has not ruled on the merits of Plaintiff's claims or Microsoft's defenses. |
| **Why am I getting this notice?** | You were identified as someone for whom Microsoft may have printed such a receipt, according to its records. |

| | |
|---|---|
| **What does the Settlement provide?** | Microsoft has agreed to pay a maximum of $1,194,696 into a Settlement Fund, which will pay for the cost of notice and administration of the Settlement, payments to Settlement Class Members, attorneys' fees and expenses incurred by counsel for Plaintiff and the Settlement Class ("Class Counsel") and an Incentive Payment for Plaintiff, if approved by the Court.  Class Counsel estimate that a Settlement Class Member who submits a valid claim form ("Claim Form") may receive a payment of up to $100, subject to pro rata distribution.  Plaintiff will petition for an Incentive Payment not to exceed $10,000 for his work in representing the Class, and for Class Counsel's fees and reasonable expenses not to exceed one-third of the Settlement Fund, which is $398,232. |
| **How can I receive a payment from the Settlement?** | To receive a payment, you must complete and submit a valid Claim Form by [60 days after Notice Mailing Deadline].  You can obtain and submit a Claim Form online at www.MicrosoftFACTASettlement.com.  You can also obtain a mail-in Claim Form by calling [INSERT HOTLINE].  Mail-in Claim Forms must be sent to the Settlement Administrator at the address below and must be postmarked no later than [60 days after Notice Mailing Deadline]. |

| | |
|---|---|
| **Do I have to be included in the Settlement?** | If you don't want monetary compensation from this Settlement and you want to keep the right to pursue or continue to pursue claims against Microsoft on your own, then you must exclude yourself from the Settlement by sending a letter requesting exclusion to the Settlement Administrator postmarked or received no later than [60 days after Notice Mailing Deadline] at the address below.  The letter requesting exclusion must contain the specific information set forth on the Full Notice on the Settlement Website and in the Settlement Agreement. |
| **If I don't like something about the Settlement, how do I tell the Court?** | If you don't exclude yourself from the Settlement, you can object to any part of the Settlement.  You must file your written objection with the Court by [60 days after Notice Mailing Deadline].  Your written objection must also be mailed to both Class Counsel and Microsoft's Counsel and postmarked or received no later than [60 days after Notice Mailing Deadline].  Your written objection must contain the specific information set forth on the Full Notice on the Settlement Website and in the Settlement Agreement. |
| **What if I do nothing?** | If you do nothing, you will not be eligible for a payment.  But, you will still be a Settlement Class Member bound by the Settlement, and you will release Microsoft from all liability associated with the alleged actions giving rise to this case. |

| How do I get more information about the Settlement? | This notice contains limited information about the Settlement.  For more information, to view additional Settlement documents, and to review information regarding your exclusion and objection rights and the final approval hearing, visit www.MicrosoftFACTASettlement.com.  You can also obtain additional information, a more detailed notice describing the Settlement, or a Claim Form, by calling [INSERT ADMINISTRATOR NUMBER]. |
|---|---|

MICROSOFT FACTA SETTLEMENT
SETTLEMENT ADMINISTRATOR
[INSERT CLAIMS ADMIN ADDRESS]

[CLAIM ID IN DIGITS]
[CLAIM ID IN 2D BARCODE]
Postal Service: Please Do Not Mark or Cover Barcode

[FIRST1] [LAST1]
[NAME][ADDR1] [ADDR2]
[CITY] [ST] [ZIP]

# EXHIBIT 3

***Carlos Guarisma v. Microsoft Corporation***
**United States District Court for the Southern District of Florida,**
**Case No. 1:15-cv-24326-CMA**
**If you made a purchase at a Microsoft retail store using a credit card or debit card**
**between November 20, 2013 and _____, 2017, you may be entitled to benefits**
**under a class action settlement.**

*A federal Court authorized this Notice.  This is not a solicitation from a lawyer.*

- Plaintiff alleges that willfully printing receipts for credit or debit card transactions that include more than the last 5 digits of the card number violates the Fair and Accurate Credit Transactions Act, 15 U.S.C. §1681c(g)(1), et seq. ("FACTA").  Plaintiff further alleges that Microsoft willfully violated FACTA in the lawsuit identified above by printing point-of-sale receipts for credit and debit card transactions that displayed more than the last 5 digits of the card number.  Microsoft denies Plaintiff's allegations and denies any wrongdoing whatsoever.  The Court has not ruled on the merits of Plaintiff's claims or Microsoft's defenses.  By entering into the Settlement, Microsoft has not conceded the truth or validity of any of the claims against it.

- Microsoft has agreed to pay a maximum of $1,194,696 (the "Settlement Fund") to fully settle and release claims of persons for whom Microsoft may have printed point-of-sale receipts for credit card or debit card transactions that displayed more than the last 5 digits of the card number at any time during the time period set forth above (the "Settlement Class").

- The Settlement Fund shall be used to pay all amounts related to the Settlement, including payments to Settlement Class Members and Self-Identifiers who submit a valid and timely claim form to receive payment ("Claim Form"), attorneys' fees and reasonable expenses not to exceed one-third of the Settlement Fund for attorneys representing Plaintiff and the Settlement Class ("Class Counsel"), an Incentive Payment for Plaintiff not to exceed $10,000, and the costs of notice and administering the Settlement.  Class Counsel estimate that Settlement Class Members who timely submit a valid Claim Form will receive around $100, but this amount depends on the number of valid claims submitted.

- Your rights and options, and the deadlines to exercise them, are explained in this Notice.  Your legal rights are affected whether you act or don't act.  Read this Notice carefully.

- The Court in charge of this case still has to decide whether to approve the Settlement.  Payments will be made if the Court approves the Settlement and after any appeals are resolved.  Please be patient.

| | |
|---|---|
| SUBMIT A CLAIM FORM | If you submit a valid Claim Form by [60 days after Notice Deadline], you will receive a payment and will give up your rights to pursue or continue to pursue a Released Claim, as defined in the Settlement Agreement, against Microsoft and/or any other Released Parties.  If you have a Class ID number, Claim Forms may be submitted by mail to [ADMIN PO BOX] or through the Settlement Website by clicking [*here*] or by calling [Insert] |
| EXCLUDE YOURSELF OR "OPT-OUT" OF THE SETTLEMENT | If you ask to be excluded, you will not receive a payment.  This is the only option that allows you to pursue or continue to pursue a Released Claim against Microsoft and/or other Released Parties on your own.  The deadline for excluding yourself is [60 days after Notice Deadline]. |
| OBJECT TO THE SETTLEMENT | You may write to the Court about why you believe the Settlement is unfair in any respect.  The deadline for objecting is [60 days after Notice Deadline].  To obtain a benefit from this Settlement, you must still submit a Claim Form.  If you only submit an objection, you will not receive any benefit from the Settlement and you will give up your rights to pursue or continue to pursue a Released Claim against Microsoft and/or any other Released Parties. |
| DO NOTHING | If you do nothing, you will not receive any monetary award and you will give up your rights to pursue or continue to pursue a Released Claim against Microsoft and/or any other Released Parties. |
| GO TO THE FINAL APPROVAL HEARING | You may ask to speak in Court about the fairness of the Settlement, if you object to the Settlement.  To speak at the Final Approval Hearing, you must comply with the requirements set forth in Question 21 below no later than [60 days after Notice Deadline]. |

### BASIC INFORMATION

**1. What is the purpose of this Notice?**

The purpose of this Notice is to inform you that a proposed Settlement has been reached in the class action lawsuit styled *Guarisma v. Microsoft Corporation*, Case No. 15-cv-24326-CMA (S.D. Fla.).  Because your rights will be affected by this Settlement, it is extremely important that you read this Notice carefully.  This Notice summarizes the Settlement and your rights under it.

## 2. What does it mean if I received an email or postcard about this Settlement?

If you received an email or postcard describing this Settlement, it is because Microsoft's records indicate that you may be a member of the Settlement Class in this action. You are a member of the Settlement Class if a Microsoft retail store located in the United States printed a point-of-sale receipt for a credit card or debit card transaction for you that displayed more than the last 5 digits of the card number, at any time between November 20, 2013, and _____.

If you did not receive an email or postcard describing this Settlement, you may still submit the Self-Identifier Claim Form by clicking [here]. The Claims Administrator will check the written claim of any Self-Identifier against Microsoft's transactional data. If the information does not match, you will not be a Settlement Class Member and are not entitled to any relief.

## 3. What is this class action lawsuit about?

In a class action, one or more people called Class Representatives (here, Plaintiff) sue on behalf of people who allegedly have similar claims. This group is called a class and the persons included are called class members. One court resolves the issues for all of the class members, except for those who exclude themselves from the class.

Here, Plaintiff alleges that Microsoft willfully violated FACTA by printing point-of-sale receipts for credit card and debit card transactions at its Microsoft retail stores that displayed more than the last 5 digits of the credit or debit card number. Microsoft denies these allegations and denies any wrongdoing. The Court has conditionally certified a class action for settlement purposes only. The Honorable Cecilia M. Altonaga is the judge in charge of the lawsuit.

## 4. Why is there a settlement?

The Court did not decide in favor of Plaintiff or Microsoft. Instead, both sides agreed to this Settlement. That way, they avoid the risk and cost of a trial, and the Settlement Class Members will receive compensation. Plaintiff and Class Counsel think the Settlement is best for all Settlement Class Members.

## WHO IS IN THE SETTLEMENT CLASS?

## 5. How do I know if I am part of the Settlement Class?

The Court has certified this case as a class action for settlement purposes only. The Settlement Class is defined as:

> All persons (i) identified in the Settlement Class List (ii) who, when making payment for a transaction at a Microsoft retail store located in the United States, (iii) made such payment using a credit or debit card (iv) and were provided with a printed point-of-sale receipt instead of an email receipt (v) which displayed more than the last five digits of said credit or debit card number (vi) between November 20, 2013 and present.

Notwithstanding the foregoing, in compliance with 28 U.S.C. § 455, this class specifically excludes persons in the following categories: (A) the district judge and magistrate judge presiding over this case and the judges of the United States Court of Appeals for the Eleventh Circuit; (B) the spouses of those in category (A); (C) any person within the third degree of relationship of those in categories (A) or (B); and (D) the spouses of those within category (C).

"Settlement Class Member" is defined as any person in the Settlement Class who is not validly excluded from the Settlement Class.

It is important to note that only printed receipts for a credit or debit card transaction at a Microsoft retail store in the United States between November 6, 2016 and December 2, 2016 displayed more than the last five digits of the credit or debit card number, according to Microsoft records. Thus, just because you were provided with a receipt for a credit or debit card transaction at a Microsoft retail store after November 20, 2013, it does not necessarily mean that you are a Settlement Class Member. If you are still not sure whether you are included in the Settlement Class, you can visit other sections of the Settlement Website, www.MicrosoftFACTASettlement.com, you may write to the Claims Administrator at Guarisma v. Microsoft, c/o [ADMINISTRATOR AT PO BOX], or you may call the Toll-Free Settlement Hotline, [INSERT NUMBER], for more information.

## THE LAWYERS REPRESENTING YOU

### 6. Do I have lawyers in this case?

The Court has appointed lawyers from the law firms of Scott D. Owens, P.A., Keogh Law, Ltd., and Bret Lusskin, P.A. as Class Counsel to represent you and the other persons in the Settlement Class. You will not be personally charged by these lawyers.

### 7. How will Class Counsel be paid?

Class Counsel will ask the Court to approve payment of up to one third of the $1,194,696 Settlement Fund, which is $398,232, to them for attorneys' fees and reasonable expenses. Class Counsel also will ask the Court to approve payment of up to $10,000 to Plaintiff for his service as Class Representative. The Court may award less than these amounts.

## THE SETTLEMENT BENEFITS – WHAT YOU GET

### 8. What does the settlement provide?

**Settlement Fund**. Microsoft will pay a maximum amount of $1,194,696 into a fund (the "Settlement Fund"), which will cover: (1) payments to Settlement Class Members or Self-Identifiers who submit timely and valid claim forms; (2) an award of attorneys' fees and expenses to Class Counsel, in an amount not to exceed one-third of the Settlement Fund, which is $398,232; (3) an Incentive Payment to Plaintiff, in an amount not to exceed $10,000, as approved by the Court; and (4) the costs of notice and administration of the Settlement.

**Payments**. All Settlement Class Members are eligible to submit a Claim Form and receive a payment. To submit a Claim Form, follow the procedures described under Question 11 below.

### 9. How much will my payment be?

Your share of the Settlement Fund will depend on the number of valid Claim Forms that Settlement Class Members submit.  Class Counsel estimate that the amount of the payment (while dependent upon the number of claims) may be around $100.  **This is an estimate only. The final payment amount may be lower than $100 and will depend on the total number of valid and timely claims submitted by Settlement Class Members.**

### 10. What am I giving up to stay in the Settlement Class?

Unless you exclude yourself from the Settlement, you will be part of the Settlement Class and will be bound by the Release of claims in the Settlement.  This means that if the Settlement is approved, you cannot pursue or continue to pursue any Released Claim against Microsoft or any other Released Parties, whether on your own or as part of any other lawsuit, as explained in the Settlement Agreement.  It also means that all of the Court's orders will apply to you and legally bind you.  Unless you exclude yourself from the Settlement, you will agree to release Microsoft and any other Released Parties, as defined in the Settlement Agreement, from any and all claims that were or could be asserted in the litigation and all claims that relate to or arise from printing too much information on any receipts from a Microsoft retail store during the Settlement Class period.

In summary, the Release includes, without limitation, all claims that arise, could arise, were asserted or could have been asserted based on printing too much information on any receipts from a Microsoft retail store, including, but not limited to, claims under FACTA, the Fair Credit Reporting Act, any other statute or the common law, or regarding identity theft or the risk of identity theft, for any form of relief.

If you have any questions about the Release or what it means, you can speak to Class Counsel, listed under Question 6, for free, or you can, at your own expense, talk to your own lawyer.  The Release does not apply to persons in the Settlement Class who timely exclude themselves.

## HOW TO OBTAIN A PAYMENT

### 11. How can I get a payment?

To receive a payment, you must submit a Claim Form by the deadline stated below.  You may get a Claim Form on the Settlement Website, www.MicrosoftFACTASettlement.com, or by calling the Toll-Free Settlement Hotline, [INSERT NUMBER].  **Read the instructions carefully, fill out the form completely and accurately, sign it and submit it on a timely basis**.  To be valid, the Claim Form must be completed fully and accurately, signed and submitted timely.  A Claim Form may be submitted by mail to the Claims Administrator at: Guarisma v. Microsoft, c/o [ADMINISTRATOR AT PO BOX], or via the Settlement Website [*click here*].

If you are submitting your claim via the Settlement Website or via telephone, it must be submitted no later than [60 days after Notice Deadline]. If you are mailing your Claim Form to the Claims Administrator, it must be postmarked by that date.

## WHEN WILL I RECEIVE MY SETTLEMENT PAYMENT?

**12. When will I receive a Settlement payment?**

The Court will hold a hearing at least 149 days after preliminary approval to decide whether to approve the Settlement. If the Court approves the Settlement, after that, there may be appeals. It is always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year. Everyone who sends in a Claim Form will be informed of the progress of the Settlement through information posted on the Settlement Website at www.MicrosoftFACTASettlement.com. Please be patient.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

**13. How can I get out of the Settlement?**

If you want to keep your rights to pursue or continue to pursue any Released Claim against Microsoft and/or any Released Parties, as defined in the Settlement Agreement, then you must take steps to get out of the Settlement Class. This is called excluding yourself from, or opting-out of, the Settlement Class.

To exclude yourself from the Settlement, you must send an exclusion request to the Claims Administrator. To be valid, a member of the Settlement Class who wishes to be excluded from the Settlement Class shall mail a written notice of exclusion to the Claims Administrator, so that it is postmarked no later than 60 days after the Notice Deadline, or _____, 2017 (the "Opt-Out Deadline"), and shall clearly state the following in the written notice of exclusion: (a) identify the case name; (b) identify the name, address, and telephone number of the Settlement Class Member; (c) be personally signed by the Settlement Class Member requesting exclusion; and (d) contain a statement that indicates a desire to be excluded from the Settlement Class in the Litigation, such as "I hereby request that I be excluded from the proposed Settlement Class in *Guarisma v. Microsoft*." No request for exclusion will be valid unless all of the information described above is included. No person in the Settlement Class, or any person acting on behalf of or in concert or participation with that person in the Settlement Class, may exclude any other person in the Settlement Class from the Settlement Class.

**To be valid, you must mail your exclusion request postmarked no later than [60 days after Notice Deadline] to the Claims Administrator at Guarisma v. Microsoft, c/o [INSERT ADMIN PO BOX].**

**14. If I do not exclude myself, can I sue Microsoft for the same thing?**

No. If you do not exclude yourself, you give up any rights to pursue (or continue to pursue) any Released Claims against Microsoft and/or any Released Parties.

**15. If I exclude myself, can I get a benefit from this Settlement?**

No. If you ask to be excluded, you will not be able to submit a Claim Form for a Settlement payment, and you cannot object to the Settlement.

### OBJECTING TO THE SETTLEMENT

**16. How do I tell the Court that I do not think the Settlement is fair?**

If you are in the Settlement Class, you can object to the Settlement or any part of the Settlement that you think the Court should reject, and the Court will consider your views. If you do not provide a written objection in the manner described below, you shall be deemed to have waived any objection and shall forever be foreclosed from making any objection to the fairness, reasonableness, or adequacy of the Settlement or the award of any attorneys' fees and expenses and/or Incentive Payment.

To be valid, the written objection must include: (a) the case name and number; (b) the name, address, and telephone number of the Settlement Class Member objecting and, if represented by counsel, of his/her counsel; (c) a description of the specific basis for each objection raised; (d) a statement of whether he/she intends to appear at the Final Approval Hearing, either with or without counsel; and (e) the date of the purchase for which the Settlement Class Member received a receipt displaying more than the last five digits of his or her credit or debit card number.

Any Settlement Class Member who fails to object to the Settlement in the manner described above shall be deemed to have waived any such objection, shall not be permitted to object to any terms or approval of the Settlement at the Final Approval Hearing, and shall be foreclosed from seeking any review of the Settlement or the terms of the Settlement Agreement by appeal or other means.

**To be considered, you must file your objections with the Court. Your objections must also be mailed to the addresses below and postmarked or received no later than [60 days after Notice Deadline].**

For Plaintiff:

Keith J. Keogh
Michael S. Hilicki
Keogh Law, Ltd.
55 West Monroe St., Ste. 3390
Chicago, IL 60603

For Microsoft:

Anne Marie Estevez
Brian M. Ercole
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard
Suite 5300
Miami, FL 33131-2339

**Even if you timely and properly object, to obtain a benefit from this Settlement, you must submit a Claim Form. If you object, but fail to submit a Claim Form, you will not receive any monetary award.**

**17. What is the difference between objecting and excluding yourself?**

Objecting is telling the Court that you oppose something about the Settlement. You can object only if you stay in the Settlement Class. Excluding yourself means that you do not want to be part of the Settlement Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

## IF YOU DO NOTHING

**18. What happens if I do nothing at all?**

If you do nothing, you will not receive any monetary award and you will give up your rights to pursue or continue to pursue Released Claims against Microsoft and/or any other Released Parties. For information relating to what rights you are giving up, see Question 10.

## THE FINAL APPROVAL HEARING

**19. When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Final Approval Hearing at [TIME] on [149 days after preliminary approval] at Room 12-2 in the United States District Court for the Southern District of Florida, Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128. At this hearing, the Court will consider whether the Settlement is fair, reasonable and adequate. If there are valid objections that comply with the requirements in Question 16 above, the Court will also consider them and will listen to people who have asked to speak at the hearing. The Court may also decide how much to pay to Class Counsel and Plaintiff.

The Final Approval Hearing may be moved to a different date or time without additional notice, so it is a good idea to check the Settlement Website for updates.

**20. Do I have to come to the hearing?**

No. Class Counsel will appear on behalf of the Settlement Class. But, you are welcome to come, or have your own lawyer appear, at your own expense.

**21. May I speak at the hearing?**

You may ask the Court for permission to speak at the Final Approval Hearing, but only in connection with an objection that you have timely submitted to the Court according to the procedure set forth in Question 16 above. To speak at the Final Approval Hearing, you must also file a document with the Court stating your intention to appear. For this document to be considered, it must include your name, address, telephone number and your signature. The document must be filed with the Court no later than **[60 days after Notice Deadline]**. You cannot speak at the hearing if you exclude yourself from the Settlement.

## GETTING MORE INFORMATION

## 22. How do I get more information?

This Notice is only a summary of the proposed Settlement.  You can get a complete copy of the Settlement Agreement by visiting the Settlement Website, www.MicrosoftFACTASettlement.com, or you can write to the address below or call the Toll-Free Settlement Hotline, [INSERT NUMBER].  You can also call Class Counsel with any questions at 866.726.1092.

**DO NOT CALL OR WRITE TO THE COURT, THE CLERK OF THE COURT, MICROSOFT, OR MICROSOFT'S COUNSEL ABOUT THE SETTLEMENT.  ALSO, TELEPHONE REPRESENTATIVES WHO ANSWER CALLS MADE TO THE TOLL-FREE NUMBER ARE NOT AUTHORIZED TO CHANGE THE TERMS OF THE SETTLEMENT OR THIS NOTICE.**

# EXHIBIT 4

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:15-CV-24326-CMA

_____

CARLOS GUARISMA, individually and
on behalf of others similarly situated,

              Plaintiff,

v.

MICROSOFT CORPORATION,

              Defendant.

_____

### [PROPOSED] FINAL ORDER APPROVING SETTLEMENT, APPROVING PROPOSED ALLOCATION OF SETTLEMENT FUNDS, APPROVING CLASS COUNSEL'S APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARD FOR CLASS REPRESENTATIVE AND FINAL JUDGMENT

This Court having considered: (a) the Settlement Agreement and Release ("Agreement"), dated [DATE], including all Exhibits thereto (the "Agreement"), between Plaintiff, Carlos Guarisma ("Class Representative"), on behalf of himself and the Settlement Class (as defined therein), and Microsoft Corporation ("Microsoft"); (b) the proposed allocation and distribution of funds among the Settlement Class; and (c) Class Counsel's application for attorneys' fees, expenses, and an incentive award for the Class Representative; and having held a hearing on _____, 2017, and having considered all of the submissions and arguments with respect thereto, and otherwise being fully informed in the premises, and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1.      This Order of Final Approval and Judgment incorporates herein and makes a part hereof, the Agreement, including all Exhibits thereto.  Unless otherwise provided herein, the terms as defined in the Agreement shall have the same meanings for purposes of this Final Order and Judgment.

2.      The Court has personal jurisdiction over the Class Representative, Settlement Class Members, and Microsoft for purposes of this Settlement only, and has subject matter jurisdiction to approve the Agreement.

3.      The Settlement Class previously certified by the Court includes:

All persons (i) identified in the Settlement Class List (ii) who, when making payment for a transaction at a Microsoft retail store located in the United States, (iii) made such payment using a credit or debit card (iv) and were provided with a printed point-of-sale receipt instead of an email receipt (v) which displayed more than the last five digits of said credit or debit card number (vi) between November 20, 2013 and present.

Notwithstanding the foregoing, in compliance with 28 U.S.C. §455, this class specifically excludes persons in the following categories: (A) the district judge and magistrate judge presiding over this case and the judges of the United States Court of Appeals for the Eleventh Circuit; (B) the spouses of those in category (A); (C) any person within the third degree of relationship of those in categories (A) or (B); and (D) the spouses of those within category (C).

However, excluded from the Settlement Class is any individual who properly opted out of the Settlement Class pursuant to the procedure described in the Agreement and this Court's Order certifying the Settlement Class and granting preliminary approval of the Settlement (ECF ___, "Preliminary Approval Order").

4.      The record shows that Class Notice has been given to the Settlement Class in the manner approved by the Court in its Preliminary Approval Order.  The Court finds that such Class Notice:  (i) constitutes reasonable and the best practicable notice; (ii) constitutes notice that was reasonably calculated, under the circumstances, to apprise Settlement Class Members of the

2

terms of the Agreement and the Class Settlement set forth in the Agreement ("Class Settlement"), and the right of Settlement Class Members to object to or exclude themselves from the Settlement Class and appear at the Fairness Hearing held on _____; (iii) constitutes due, adequate, and sufficient notice to all persons or entities entitled to receive notice; and (iv) meets the requirements of due process and FED. R. CIV. P. 23.

5.      This Order shall have no force or effect on those persons who properly and timely excluded themselves from the Settlement Class.

6.      The Court finds that extensive arm's-length negotiations have taken place in good faith between Class Counsel and Counsel for Microsoft resulting in the Agreement.

7.      The Court finds that the designated Class Representative is an appropriate representative.

8.      The Court has considered all of the factors enumerated in FED. R. CIV. P. 23(g) and finds that Class Counsel have fairly and adequately represented the interests of the Settlement Class.

9.      Pursuant to FED. R. CIV. P. 23(e), the Court hereby finally approves in all respects the Agreement and the Class Settlement and finds that the Agreement, the Class Settlement, and the plan of distribution as set forth in the Agreement, are, in all respects, fair, reasonable and adequate, and in the best interest of the Settlement Class.

10.     The Parties are hereby directed to implement and consummate the Class Settlement according to the terms and provisions of the Agreement.  The claims against Microsoft on behalf of the Settlement Class in *Guarisma v. Microsoft Corporation*, Case No. 15-cv-24326-CMA (S.D. Fla.), are hereby dismissed with prejudice and without costs to any party, except as otherwise provided herein.

11. Upon the Effective Date of the Agreement, the Settlement Class, each Settlement Class Member, and any Self-Identifier, shall release and forever discharge Microsoft and the Microsoft Releasees from any and all Released Claims.

a. "Released Claims" means any and all claims, actions, causes of action, rights, suits, defenses, debts, sums of money, payments, obligations, promises, damages, penalties, attorney's fees, costs, liens, judgments, and demands of any kind whatsoever that each Settlement Class Member or Self-Identifier may have or may have had in the past, whether in arbitration, administrative, or judicial proceedings, whether as individual claims or as claims asserted on a class basis, whether past or present, mature or not yet mature, known or unknown, suspected or unsuspected, whether based on federal, state, or local law, statute, ordinance, regulation, contract, common law, or any other source, that were or could have been asserted in the Litigation or that relate to or arise from printing too much information on any receipts from a Microsoft retail store during the settlement class period, including, but not limited to, any claims under FACTA, for a violation of any consumer protection statutes, or regarding identity theft or the risk of identity theft.

b. "Microsoft Releasees" means Microsoft, each of its affiliates, agents, employees, subsidiaries, predecessors, successors, co-venturers, divisions, joint ventures and assigns, as well as each of those entities' or persons' past or present owners, investors, directors, officers, employees, partners, managers, members, principals, agents, underwriters, insurers, co-insurers, re-insurers, indemnitors, shareholders, attorneys, accountants or auditors, banks or investment banks, associates, personal or legal representatives, consultants, vendors, contractors, volunteers, performers, co-marketers, licensors, concessionaires, franchisors, and assigns. The phrase "Microsoft Releasees" expressly includes VeriFone, Inc., but shall not

4

release any claims that the Class Representative, any Self-Identifier, or the Settlement Class may have against VeriFone, Inc. for receipts from any person or entity other than Microsoft.

c.       The Settlement Class, each Settlement Class Member, and each Self-Identifier covenant and agree that they shall not hereafter seek to establish liability against Microsoft or any Microsoft Releasee based, in whole or in part, on any of the Released Claims.

d.       The Settlement Class, each Settlement Class Member, and any Self-Identifier expressly waive and relinquish any and all rights which they may have under Section 1542 of the California Civil Code or any similar statute in the United States.  Section 1542 reads as follows:

> **A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.**

Even if the Settlement Class, each Settlement Class Member, or any Self-Identifier may hereafter discover facts in addition to or different from those which they now know or believe to be true with respect to the subject matter of the Released Claims, the Settlement Class, each Settlement Class Member, and any Self-Identifier shall be deemed to have, and by operation of this Order shall have, nevertheless, fully, finally, and forever waived, settled and released any and all Released Claims, regardless of such subsequent discovery of additional or different facts.

e.       Class Representative hereby releases and forever discharges any and all claims that he may have against Microsoft or any Microsoft Releasee.

12.       Neither the Agreement, nor any of its terms and provisions, nor any of the negotiations or proceedings connected with it, nor any of the documents or statements referred to therein, nor this Final Order and Judgment ("Order") or any of its terms and provisions, shall be offered by any person or received against Microsoft or any Microsoft Releasee as evidence

of—or construed as or deemed to be evidence of—any presumption, concession, or admission by Microsoft of the truth of the facts alleged, the validity of any claim that has been or could have been asserted in the Litigation or in any other litigation or judicial or administrative proceeding, the deficiency of any defense that has been or could have been asserted in the Litigation or in any litigation, or of any liability, wrongdoing, or violation of any statute or law by Microsoft or any Microsoft Releasee.

13.     Class Counsel have moved pursuant to FED. R. CIV. P. 23(h) and 52(a) for an award of attorneys' fees and reimbursement of expenses.  Pursuant to Rules 23(h)(3) and 52(a), this Court makes the following findings of fact and conclusions of law:

a.      this Settlement confers substantial benefits on the Settlement Class Members;

b.      the value conferred on the Settlement Class is immediate and readily quantifiable upon this judgment becoming Final (as defined in the Agreement), and Settlement Class Members who have submitted valid Settlement Claim Forms or Self-Identifier Claim Forms will receive payments that represent a significant portion of the damages that would be available to them were they to prevail in an individual action under the Fair and Accurate Credit Transactions Act ("FACTA");

c.      Class Counsel vigorously and effectively pursued the Settlement Class Members' claims before this Court in this complex case;

d.      this Settlement was obtained as a direct result of Class Counsel's advocacy;

e.      this Settlement was reached following extensive negotiation between Class Counsel and Counsel for Microsoft, facilitated by a professional mediator, and was negotiated in good-faith and in the absence of collusion;

f.      during the prosecution of the claims in the Litigation, Class Counsel incurred expenses in the aggregate amount of $_____, which included mediation and other expenses and which the Court finds to be reasonable and necessary to the representation of the Settlement Class;

g.      Settlement Class Members were advised in the Class Notice approved by the Court that Class Counsel intended to apply for an award of attorneys' fees and reasonable expenses in an amount up to one-third of the Settlement Fund ($398,232), to be paid from the Settlement Fund;

h.      member(s) of the Settlement Class has (have) submitted written objection(s) to the award of attorneys' fees and expenses;

i.      attorneys who recover a common benefit for persons other than themselves or their clients are entitled to a reasonable attorneys' fee from the Settlement Fund as a whole.  *See, e.g., Boeing Co. v. Van Gemert*, 444 U.S. 472, 478 (1980); *Blum v. Stenson*, 465 U.S. 886, 900 n.16 (1984); and

j.      the requested fee award is consistent with other fee awards in this Circuit. *See Waters v. Int'l Precious Metals Corp.*, 190 F.3d 1291, 1295–96 (11th Cir. 1999) (affirming class attorneys' award of 33.3%) and *e.g., Wolff v. Cash 4 Titles*, No. 03-cv-22778, 2012 WL 5290155, at *6 (S.D. Fla. Sept. 26, 2012) (collecting cases and concluding that 33% is consistent with the market rate in class actions).  This fee is also consistent with two recent FACTA cases in this District.  *See Legg v. Spirit Airlines*, 14-cv-61978-JIC, ECF 151, ¶ 15 (S.D. Fla. Aug. 2, 2016)

(FACTA case awarding one-third of gross recovery for fees, plus expenses); *Legg v. Laboratory Corp. of America*, 14-cv-61543-RLR, ECF 227, p. 7 (S.D. Fla. Feb. 18, 2016) (same).

14.     Accordingly, Class Counsel are hereby awarded $_____ from the Settlement Fund as their fee award, which the Court finds to be fair and reasonable, and which amount shall be paid to Class Counsel from the Settlement Fund in accordance with the terms of the Agreement.  Further, Class Counsel are hereby awarded $_____ for their expenses, which the Court finds to be fair and reasonable, and which amount shall be paid to Class Counsel from the Settlement Fund in accordance with the terms of the Agreement.  Class Counsel shall be responsible for allocating and shall allocate this award of attorneys' fees, costs, and expenses among Class Counsel.

15.     The Class Representative, as identified in the Preliminary Approval Order, is hereby compensated in the amount of $_____ for his efforts in this case.

16.     Without affecting the finality of this Order, the Court retains continuing and exclusive jurisdiction over all matters relating to the administration, consummation, enforcement, and interpretation of the Agreement and of this Order, to protect and effectuate this Order, and for any other necessary purpose.  The Class Representative, Settlement Class Members, any Self-Identifiers, and Microsoft are hereby deemed to have irrevocably submitted to the exclusive jurisdiction of this Court, for the purpose of any suit, action, proceeding or dispute arising out of or relating to the Agreement or the applicability of the Agreement, including the Exhibits thereto, and only for such purposes.  Without limiting the generality of the foregoing, and without affecting the finality of this Order, the Court retains exclusive jurisdiction over any such suit, action, or proceeding.  Solely for purposes of such suit, action, or proceeding, to the fullest extent they may effectively do so under applicable law, the Parties

are deemed to have irrevocably waived and agreed not to assert, by way of motion, as a defense or otherwise, any claim or objection that they are not subject to the jurisdiction of this Court, or that this Court is, in any way, an improper venue or an inconvenient forum.

17.    All Settlement Class Members and Self-Identifiers, from this day forward, are permanently barred and enjoined from:  (a) asserting any Released Claims in any action or proceeding; (b) filing, commencing, prosecuting, intervening in, or participating in (as class members or otherwise) any action or proceeding based on any of the Released Claims; and (c) organizing Settlement Class Members, or soliciting the participation of Settlement Class Members, for purposes of pursuing any action or proceeding (including by seeking to amend a pending complaint to include class allegations, or seeking class certification in a pending or future action or proceeding) based on any of the Released Claims or the facts and circumstances relating thereto.

18.    All Settlement Class Members and any Self-Identifiers shall dismiss with prejudice all claims, actions, or proceedings that have been brought by any Settlement Class Member and that have been released pursuant to the Agreement and this Order.

19.    This Order, the final judgment to be entered pursuant to this Order, and the Agreement (including the Exhibits thereto) may be filed in any action against or by Microsoft or any Microsoft Releasee (as that term is defined herein and the Agreement) to support a defense of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction, or any theory of claim preclusion or issue preclusion or similar defense or counterclaim.

20.    Without further order of the Court, the Settling Parties may agree to reasonably necessary extensions of time to carry out any of the provisions of the Agreement.

21.     This Order, and the final judgment to be entered pursuant to this Order, shall be effective upon entry.  In the event that this Order and the final judgment to be entered pursuant to this Order are reversed or vacated pursuant to a direct appeal in this Action or the Agreement is terminated pursuant to its terms, all orders entered and releases delivered in connection herewith shall be null and void.

22.     This Litigation is hereby dismissed on the merits and with prejudice against Class Representative, all other Settlement Class Members and all Self-Identifiers, without fees or costs to any party except as otherwise provided herein.


DONE and ORDERED in Chambers in Miami, Florida, this _____ day of _____, 2017.


_____
HON. CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

10

*Guarisma v. Microsoft Corporation.*, Case No. 15-cv-24326-CMA
**U.S.D.C. Southern District of Florida**

_____, Settlement Administrator
PO Box [_____]
[_____]

**Toll-Free Number: x-xxx-xxx-xxxx**
**Website: www.MicrosoftFACTASettlement.com**

<<mail id>>
<<Name1>>
<<Name2>>
<<Address1>>
<<Address2>>
<<City>><<State>><<Zip>>

## CLAIM FORM

**TO RECEIVE BENEFITS FROM THIS SETTLEMENT, YOU MUST PROVIDE
ALL OF THE INFORMATION BELOW AND YOU MUST SIGN THIS CLAIM FORM.  IF THIS CLAIM FORM IS
SUBMITTED ONLINE, YOU MUST SUBMIT AN ELECTRONIC SIGNATURE.  If mailed, mail this form to [INSERT
ADMINISTRATOR PO BOX FOR SETTLEMENT]**

**YOUR CLAIM FORM MUST BE SUBMITTED ELECTRONICALLY OR VIA TELEPHONE OR POSTMARKED ON
OR BEFORE [INSERT DATE - propose 60 days after Notice Deadline].**

1. **CLAIMANT INFORMATION:**

_____   _____   _____
FIRST NAME                         MIDDLE NAME          LAST NAME

_____
ADDRESS 1

_____
ADDRESS 2

_____   _____   _____ - _____
CITY                                                                  STATE        ZIP          (optional)

_____   _____
TELEPHONE NUMBER (optional)                             E-MAIL ADDRESS

2. **AFFIRMATION:**

By signing below, I attest that the information above is true and correct to the best of my knowledge and belief.  This Claim Form
may be researched and verified by the Claims Administrator.

Signature: _____

Name (please print): _____

Date: _____

## QUESTIONS?
**VISIT www.MicrosoftFACTASettlement.com
OR CALL [INSERT ADMIN NUMBER] or Class Counsel at 866.726.1092.**

***Guarisma v. Microsoft Corporation.***, Case No. 15-cv-24326-CMA
**U.S.D.C. Southern District of Florida**

_____, Settlement Administrator
PO Box [_____]
[_____]

**Toll-Free Number: x-xxx-xxx-xxxx**
**Website: www.MicrosoftFACTASettlement.com**

<<mail id>>
<<Name1>>
<<Name2>>
<<Address1>>
<<Address2>>
<<City>><<State>><<Zip>>

## SELF-IDENTIFIER CLAIM FORM
## DO NOT USE THIS FORM IF YOU RECEIVED CLASS NOTICE.
## IF YOU RECEIVED CLASS NOTICE, SUBMIT THE OTHER CLAIM FORM.

**TO RECEIVE BENEFITS FROM THIS SETTLEMENT, YOU MUST PROVIDE
ALL OF THE INFORMATION BELOW AND YOU MUST SIGN THIS CLAIM FORM.  IF THIS CLAIM FORM IS
SUBMITTED ONLINE, YOU MUST SUBMIT AN ELECTRONIC SIGNATURE.  If mailed, mail this form to [INSERT
ADMINISTRATOR PO BOX FOR SETTLEMENT]**

**YOUR CLAIM FORM MUST BE SUBMITTED ELECTRONICALLY OR VIA TELEPHONE OR POSTMARKED ON
OR BEFORE [INSERT DATE - propose 60 days after Notice Deadline].**

1. **CLAIMANT INFORMATION:**

_____  _____  _____
FIRST NAME          MIDDLE NAME     LAST NAME

_____
ADDRESS 1

_____
ADDRESS 2

_____  _____  _____ - _____
CITY                            STATE    ZIP     (optional)

_____  _____
TELEPHONE NUMBER (optional)              E-MAIL ADDRESS

_____
ADDRESS OF MICROSOFT RETAIL STORE WHERE YOU RECEIVED A PRINTED RECEIPT THAT DISPLAYED MORE
THAN THE LAST FIVE DIGITS OF YOUR CREDIT OR DEBIT CARD NUMBER

[ ] CHECK THIS BOX IF YOU HAVE A COPY OF THE RECEIPT.  (IF MAILING THIS FORM, INCLUDE A COPY OF THE
RECEIPT.)

2. **AFFIRMATION:**

By signing below, I attest that the information above is true and correct to the best of my knowledge and belief, subject to penalty of
perjury.  This Claim Form may be researched and verified by the Claims Administrator.

Signature: _____

Name (please print): _____

Date: _____

## QUESTIONS?
**VISIT www.MicrosoftFACTASettlement.com
OR CALL [INSERT ADMIN NUMBER] or Class Counsel at 866.726.1092.**