# APPENDIX 2

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF FLORIDA

10  CARLOS GUARISMA, individually and on      ) Case No. 15-24326-CIV-CMA
    behalf of others similarly situated,      )
11                                            )
                                              ) **DECLARATION OF KAREN ROGAN**
    Plaintiff,                                ) **RE: NOTICE PROCEDURES AND**
12                                            ) **RESULTS**
                                              )
13  v.                                        )
                                              )
14  MICROSOFT CORPORATION,                    )
                                              )
15                                            )
    Defendant.                                )
16  _____

17  I, **KAREN ROGAN** declare:

18       1.      I am a Senior Project Manager at Kurtzman Carson Consultants LLC ("KCC"), located at

19  3301 Kerner Boulevard, San Rafael, California.  I am over 21 years of age and am not a party to this

20  action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and

21  would testify competently thereto.

22       2.      KCC is a class action administrator that specializes in providing comprehensive class

23  action services including, but not limited to, pre-settlement consulting, email and mailing campaign

24  implementation, website design, claims administration, check and voucher disbursements, tax reporting,

25  settlement fund escrow and reporting, class member data management, legal notification, call center

26  support, claims administration, and other related services critical to the effective administration of class

27  actions. KCC has developed efficient, secure and cost-effective methods to properly handle the

28  voluminous data and mailings associated with the noticing, claims processing and disbursement

---

1  requirements of settlements to ensure the orderly and fair treatment of class members and all parties of

2  interest.

3       3.     KCC's business is national in scope. Since 2000, KCC (along with Rosenthal &

4  Company, which was acquired by KCC in 2010, and Gilardi & Company, which was acquired by KCC

5  in 2015) has been retained to administer more than 6,000 class action matters. As part of these class

6  actions, KCC has provided noticing solutions in cases with class members that range in numbers from

7  22 to over 36 million, and has distributed settlement payments totaling well over two billion dollars in

8  the aggregate.

9       4.     The purpose of this declaration is to provide the Parties and the Court with a summary

10  and the results of the work performed by KCC related to the Notice Procedures for the Guarisma v.

11  Microsoft Corporation settlement following the Preliminary Approval.

12       5.     KCC was retained to, among other tasks, mail the Notice and Claim Form (the "Notice

13  Packet"), receive and process Claim Forms, respond to Class Member inquiries; to establish and

14  maintain a Settlement website where Class Members have access to pertinent Court documents and the

15  Full Notice as well as file Claim Forms online, and perform other duties as specified in the Settlement

16  Agreement preliminary approved by this Court on February 28, 2017 (as amended on April 27, 2107 and

17  June 20, 2017). Copies of the Mail Notice and Claim Form, Website Claim Form, Website Self-

18  Identifier Claim Form, and Full Notice are attached hereto as Exhibits A, B, C, and D respectively.

19       6.     **Compiling the Class List.** The Class is defined to include all persons (i) identified in the

20  Settlement Class List (ii) who, when making payment for a transaction at a Microsoft retail store located

21  in the United States, (iii) made such payment using a credit or debit card (iv) and were provided a

22  printed point-of-sale receipt instead of an email receipt (v) which displayed more than the last 5 digits of

23  said credit or debit card number (vi) between November 20, 2013, and February 28, 2017.  Microsoft

24  compiled a "Settlement Class List," a list of individuals who, according to Microsoft's retail store

25  records, paid for a transaction at a Microsoft retail store in the United States using a credit or debit card

26  between November 20, 2013 and February 28, 2017 and for which a point-of-sale receipt may have been

27  printed that displayed more than the last five digits of the credit or debit card number. Because the

28  Settlement Class List was an incomplete list of the names and addresses of Class Members (it only

1    contained names and addresses of about 4,700 persons), KCC undertook to compile a more complete list

2    based on Microsoft's Settlement Class List and data Class Counsel subpoenaed from American Express,

3    Discover, and numerous banks.

4         7.    On or around March 15, 2017, KCC received the Settlement Class List from Microsoft

5    based on Microsoft's retail store records. Also received from Defendant was an additional file, "the

6    Microsoft Retail Store List with Store Numbers." The Settlement Class list contained the date, store

7    location, card type, customer name if available, the first five and last four digits of the credit/debit card

8    used, account information, cardholder name if available, and billing address if available. The Microsoft

9    Retail Store List with Store Numbers contained the store number, mall name, city, and state.

10        8.    From April 25, 2017 through July 7, 2017, KCC received computerized lists of 63,141

11   names, addresses, and transactions Class Counsel obtained from the following banks: American

12   Express, Discover, Bank of America, Chase Bank, Fifth Third Bank, Navy Federal Credit Union, TD

13   Bank, Barclays Bank, PNC Bank, USAA, US Bank, Citibank, Capital One, and Wells Fargo.

14        9.    KCC matched the Microsoft Settlement Class list to the lists of names, addresses and

15   transactions provided by the banks and came up with a list of 63,142 putative Class Members.

16        10.   On or before July 13, 2017, KCC caused the addresses in the Class List to be updated

17   using the National Change of Address system, which updates addresses for all people who had moved

18   during the previous four years and filed a change of address with the U.S. Postal Service.  New

19   addresses were found for 2,456 class members.  The Class List was updated with these new addresses.

20        11.   On or around July 21, 2017, KCC found 3,181 duplicate records and 9,723 incomplete

21   records (*i.e.* records missing names and/or addresses) within the Class List. The duplicate records were

22   removed and, because there was no practicable way to find the missing name and address information,

23   the incomplete records were removed. This resulted in 50,238 names and addresses remaining on the

24   Class List.

25        12.   **Mailed Notice.** On July 28, 2017, KCC mailed the Notice to the 50,238 persons on the

26   List.

27        13.   As of the date of the declaration, KCC has received a total of 753 Notice Packages

28   returned by the U.S. Postal Service with forwarding addresses. KCC caused the Class List to be updated

with the new addresses and Notice Packages to be promptly re-mailed to the updated addresses. As of October 13, 2017, KCC has received a total of 1,835 Notice Packages returned by the U.S. Postal Service without forwarding address information.  KCC conducted address searches using credit and other public source databases to attempt to locate new addresses for all of these Class Members. As of October 13, 2017, these searches have resulted in 802 updated addresses. KCC promptly re-mailed Notice Packages to the updated addresses.

14.    **Toll Free Number**. On or before July 28, 2017, KCC caused an Interactive Voice Response (the "IVR") system to be established (844-454-4156) to provide information about the settlement and to record requests for Notice Packets. As of the date of this declaration, the toll free number has received 269 calls.  Callers could also submit claims telephonically.

15.    **Website.** On or before July 28, 2017, KCC caused a website to be established a website (http://www.MicrosoftFACTASettlement.com/) dedicated to this settlement to provide additional information to the Class Members and to answer frequently asked questions. Visitors of the website were able to review and download a Full Notice, Claim Form, and Court Documents. Visitors could also submit claims online. As of the date of this declaration, the website received 30,648 unique visitors.

16.    **Request for Exclusion**. As of the date of this declaration, KCC has received two timely requests for Exclusion.  A list of the individuals requesting exclusion (including their KCC claim identification numbers), and copies of the exclusion requests, are attached hereto as Exhibit E.

17.    **Objections to the Settlement.** As of the date of this declaration, KCC had received no Objections to the Settlement.

18.    **Claim Forms**. As of the date of this declaration, 21,658 Claim Forms were filed. Of these 21,658 filed claims, 5,773 have been identified as valid claims, 545 are duplicative filings, 53 have been determined to be deficient, 453 are self-identifier claims, and 14,834 have been identified as invalid.

19.    Reasons for a claim being invalid include filing the claim late and the claimant's information not matching to the Class List. Reasons for being deficient include no signature on the claim form or an undocumented name change (i.e., the claim form was filed by someone other than the class member or the class member's name was changed on the claim form). KCC will be mailing out

1 deficiency letters to each claimant whose claim form was deemed deficient and requires additional
2 information. These claimants will be given 30 days in order to cure their deficiency status.

3     20.    The 453 self-identifier claims are claims of persons who were not on the Settlement Class
4 List, but instead were verified against other Microsoft records. .

5     21.    **Administrative Costs.**  KCC estimates the total administrative costs for this settlement
6 to be approximately $103,373.30.

7

8 I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true
9 and correct to the best of my knowledge and that this declaration was executed this 13th day of October
10 2017 at Edenton, North Carolina.

11

12                               *Karen Rogan*

13                                 KAREN ROGAN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A

*Guarisma v. Microsoft*

**NOTICE OF CLASS ACTION LAWSUIT
AND PROPOSED SETTLEMENT**

Claims Administrator
P.O. Box 404018
Louisville, KY 40233-4018

*Guarisma v. Microsoft Corporation*

Case No. 1:15-cv-24326-CMA
U.S.D.C. Southern District of Florida

THE COURT AUTHORIZED THIS NOTICE.
THIS IS NOT A SOLICITATION FROM A LAWYER.

YOU MAY BE ENTITLED TO RECEIVE
MONETARY COMPENSATION.

«Barcode»

Postal Service: Please do not mark barcode

Claim#: MTG-«ClaimID»-«MailRec»
«First1» «Last1»
«CO»
«Addr2»
«Addr1»
«City», «St» «Zip»
«Country»

**What is this?**
This is notice of a proposed Settlement
of a class action lawsuit.

**MTG**

---

Carefully separate at perforation

 MTGCRD1 **Claim Form**

**TO RECEIVE BENEFITS FROM THIS SETTLEMENT, YOU MUST PROVIDE __ALL__ OF THE INFORMATION BELOW AND YOU __MUST__ SIGN THIS CLAIM FORM. IF THIS CLAIM FORM IS SUBMITTED ONLINE, YOU __MUST__ SUBMIT AN ELECTRONIC SIGNATURE. Your Claim ID is «ClaimID» and is required for filing online. If mailed, mail this form to *Guarisma v. Microsoft* Claims Administrator, P.O. Box 404018, Louisville, KY 40233-4018. __YOUR CLAIM FORM MUST BE SUBMITTED ELECTRONICALLY OR VIA TELEPHONE OR POSTMARKED ON OR BEFORE SEPTEMBER 26, 2017.__**

**1. CLAIMANT INFORMATION**

Name: _____

Address: _____

City, State, ZIP: _____

Telephone Number (optional): _____ Email Address: _____

**2. AFFIRMATION**
By signing below, I attest that the information above is true and correct to the best of my knowledge and belief. This Claim Form may be researched and verified by the Claims Administrator.

Signature: _____

Name (please print): _____

Date (mm/dd/yyyy): _____

**QUESTIONS? VISIT www.MicrosoftFACTASettlement.com OR CALL 1-844-454-4156 or Class Counsel at 1-866-726-1092**

   «ClaimID»  **MTG** 

**What is this lawsuit about?** The settlement resolves a lawsuit brought as a class action which alleges that, between November 20, 2013, and February 28, 2017, Microsoft retail stores located in the United States printed point-of-sale receipts for credit or debit card transactions that displayed more than the last 5 digits of the card number used in the transaction. Any person that does not match Microsoft's transaction data showing that they may have received a receipt that may have violated FACTA shall not be a Settlement Class Member. Microsoft denies any wrongdoing. The Court has not ruled on the merits of Plaintiff's claims or Microsoft's defenses.

**Why am I getting this notice?** You were identified as someone for whom Microsoft may have printed such a receipt, according to its records.

**What does the Settlement provide?** Microsoft has agreed to pay a maximum of $1,194,696 into a Settlement Fund, which will pay for the cost of notice and administration of the Settlement, payments to Settlement Class Members, attorneys' fees and expenses incurred by counsel for Plaintiff and the Settlement Class ("Class Counsel") and an Incentive Payment for Plaintiff, if approved by the Court. Class Counsel estimate that a Settlement Class Member who submits a valid claim form ("Claim Form") may receive a payment of up to $100, subject to pro rata distribution. Plaintiff will petition for an Incentive Payment not to exceed $10,000 for his work in representing the Class, and for Class Counsel's fees and reasonable expenses not to exceed one-third of the Settlement Fund, which is $398,232.

**How can I receive a payment from the Settlement?** To receive a payment, you must complete and submit a valid Claim Form by September 26, 2017. You can obtain and submit a Claim Form online at www.MicrosoftFACTASettlement.com. You can also obtain a mail-in Claim Form by calling 1-844-454-4156. Mail-in Claim Forms must be sent to the *Guarisma v. Microsoft* Claims Administrator at the address on the other side and must be postmarked no later than September 26, 2017.

**Do I have to be included in the Settlement?** If you don't want monetary compensation from this Settlement and you want to keep the right to pursue or continue to pursue claims against Microsoft on your own, then you must exclude yourself from the Settlement by sending a letter requesting exclusion to the *Guarisma v. Microsoft* Claims Administrator postmarked or received no later than September 26, 2017 at the address on the other side. The letter requesting exclusion must contain the specific information set forth in the Full Notice on the Settlement Website and in the Settlement Agreement.

**If I don't like something about the Settlement, how do I tell the Court?** If you don't exclude yourself from the Settlement, you can object to any part of the Settlement. You must file your written objection with the Court by September 26, 2017. Your written objection must also be mailed to both Class Counsel and Microsoft's Counsel and postmarked or received no later than September 26, 2017. Your written objection must contain the specific information set forth in the Full Notice on the Settlement Website and in the Settlement Agreement.

**What if I do nothing?** If you do nothing, you will not be eligible for a payment. But, you will still be a Settlement Class Member bound by the Settlement, and you will release Microsoft from all liability associated with the alleged actions giving rise to this case.

**How do I get more information about the Settlement?** This notice contains limited information about the Settlement. For more information, to view additional Settlement documents, and to review information regarding your exclusion and objection rights and the Final Approval Hearing, visit www.MicrosoftFACTASettlement.com. You can also obtain additional information, the Full Notice describing the Settlement, or a Claim Form, by calling 1-844-454-4156.

MTG



PLACE

STAMP

HERE

GUARISMA V. MICROSOFT CLAIMS ADMINISTRATOR
PO BOX 404018
LOUISVILLE KY 40233-4018

# Exhibit B

*Guarisma v. Microsoft Claims Administrator*
P.O. Box 404018
Louisville, KY 40233-4018

## MTG

«Barcode»
Postal Service: Please do not mark barcode

Claim#: MTG-«ClaimID»-«MailRec»
«First1» «Last1»
«Addr1» «Addr2»
«City», «St»  «Zip»
«Country»

*Guarisma v. Microsoft Corporation*
Case No. 1:15-cv-24326-CMA

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

**Must Be Postmarked
No Later Than
September 26, 2017**



# CLAIM FORM

**TO RECEIVE BENEFITS FROM THIS SETTLEMENT, YOU MUST PROVIDE <u>ALL</u> OF THE
INFORMATION BELOW AND YOU <u>MUST</u> SIGN THIS CLAIM FORM.  IF THIS CLAIM FORM IS
SUBMITTED ONLINE, YOU <u>MUST</u> SUBMIT AN ELECTRONIC SIGNATURE. If mailed, mail this form to:**

*Guarisma v. Microsoft* **Claims Administrator, P.O. Box 404018, Louisville, KY 40233-4018**

<u>**YOUR CLAIM FORM MUST BE SUBMITTED ELECTRONICALLY OR VIA
TELEPHONE OR POSTMARKED ON OR BEFORE SEPTEMBER 26, 2017.**</u>

## 1.  <u>CLAIMANT INFORMATION</u>:

Claim ID Number

FIRST NAME                              M.I.     LAST NAME

ADDRESS

CITY                                                    STATE      ZIP CODE

TELEPHONE NUMBER (OPTIONAL)

EMAIL ADDRESS

## 2.  <u>AFFIRMATION</u>:

By signing below, I attest that the information above is true and correct to the best of my knowledge and belief.
This Claim Form may be researched and verified by the Claims Administrator.

Signature: _____     Date (mm/dd/yyyy): _____

Name (please print): _____

**QUESTIONS? VISIT www.MicrosoftFACTASettlement.com OR CALL 1-844-454-4156 or Class Counsel at 1-866-726-1092.**

MTGPOC1

| FOR CLAIMS PROCESSING ONLY | OB | | CB | | ○ DOC ○ LC ○ REV | ○ RED ○ A ○ B |

# Exhibit C

***Guarisma v. Microsoft*** Claims Administrator
P.O. Box 404018
Louisville, KY 40233-4018

**MTG**

*Guarisma v. Microsoft Corporation*
Case No. 1:15-cv-24326-CMA

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Must Be Postmarked
No Later Than
September 26, 2017**



## SELF-IDENTIFIER CLAIM FORM

### DO NOT USE THIS FORM IF YOU RECEIVED CLASS NOTICE.

### IF YOU RECEIVED CLASS NOTICE, SUBMIT THE OTHER CLAIM FORM

**TO RECEIVE BENEFITS FROM THIS SETTLEMENT, YOU MUST PROVIDE <u>ALL</u> OF THE INFORMATION BELOW AND YOU <u>MUST</u> SIGN THIS CLAIM FORM.  IF THIS CLAIM FORM IS SUBMITTED ONLINE, YOU MUST SUBMIT AN ELECTRONIC SIGNATURE. If mailed, mail this form to:**
***Guarisma v. Microsoft*** **Claims Administrator, P.O. Box 404018, Louisville, KY 40233-4018**

<u>**YOUR CLAIM FORM MUST BE SUBMITTED ELECTRONICALLY OR VIA
TELEPHONE OR POSTMARKED ON OR BEFORE SEPTEMBER 26, 2017.**</u>

### 1.  CLAIMANT INFORMATION:

FIRST NAME

M.I.

LAST NAME

ADDRESS

CITY

STATE

ZIP CODE

TELEPHONE NUMBER (OPTIONAL)

EMAIL ADDRESS

ADDRESS OF MICROSOFT RETAIL STORE WHERE YOU RECEIVED A PRINTED RECEIPT THAT DISPLAYED MORE THAN THE LAST FIVE DIGITS OF YOUR CREDIT OR DEBIT CARD NUMBER

◯ FILL IN THIS CIRCLE IF YOU HAVE A COPY OF THE RECEIPT.  (IF MAILING THIS FORM, INCLUDE A COPY OF THE RECEIPT.)

### 2.  AFFIRMATION:

By signing below, I attest that the information above is true and correct to the best of my knowledge and belief, subject to penalty of perjury. This Claim Form may be researched and verified by the Claims Administrator.

Signature: _____   Date (mm/dd/yyyy): _____

Name (please print): _____

**QUESTIONS? VISIT www.MicrosoftFACTASettlement.com OR CALL 1-844-454-4156 or Class Counsel at 1-866-726-1092.**

# Exhibit D

*Carlos Guarisma v. Microsoft Corporation*

**United States District Court for the Southern District of Florida**

**Case No. 1:15-cv-24326-CMA**

# If you made a purchase at a Microsoft retail store using a credit card or debit card between November 20, 2013 and February 28, 2017, you may be entitled to benefits under a class action settlement.

*A federal Court authorized this Notice. This is not a solicitation from a lawyer.*

- Plaintiff alleges that willfully printing receipts for credit or debit card transactions that include more than the last 5 digits of the card number violates the Fair and Accurate Credit Transactions Act, 15 U.S.C. §1681c(g)(1), et seq. ("FACTA"). Plaintiff further alleges that Microsoft willfully violated FACTA in the lawsuit identified above by printing point-of-sale receipts for credit and debit card transactions that displayed more than the last 5 digits of the card number. Microsoft denies Plaintiff's allegations and denies any wrongdoing whatsoever. The Court has not ruled on the merits of Plaintiff's claims or Microsoft's defenses. By entering into the Settlement, Microsoft has not conceded the truth or validity of any of the claims against it.

- Microsoft has agreed to pay a maximum of $1,194,696 (the "Settlement Fund") to fully settle and release claims of persons for whom Microsoft may have printed point-of-sale receipts for credit card or debit card transactions that displayed more than the last 5 digits of the card number at any time during the time period set forth above (the "Settlement Class").

- The Settlement Fund shall be used to pay all amounts related to the Settlement, including payments to Settlement Class Members and Self-Identifiers who submit a valid and timely claim form to receive payment ("Claim Form"), attorneys' fees and reasonable expenses not to exceed one-third of the Settlement Fund for attorneys representing Plaintiff and the Settlement Class ("Class Counsel"), an Incentive Payment for Plaintiff not to exceed $10,000, and the costs of notice and administering the Settlement. Class Counsel estimate that Settlement Class Members who timely submit a valid Claim Form will receive around $100, but this amount depends on the number of valid claims submitted.

- Your rights and options, and the deadlines to exercise them, are explained in this Notice. Your legal rights are affected whether you act or don't act. Read this Notice carefully.

- The Court in charge of this case still has to decide whether to approve the Settlement. Payments will be made if the Court approves the Settlement and after any appeals are resolved. Please be patient.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | If you submit a valid Claim Form by September 26, 2017, you will receive a payment and will give up your rights to pursue or continue to pursue a Released Claim, as defined in the Settlement Agreement, against Microsoft and/or any other Released Parties.  If you have a Claim ID number, Claim Forms may be submitted by mail to *Guarisma v. Microsoft* Claims Administrator, P.O. Box 404018, Louisville, KY 40233-4018 or through the Settlement Website, www.MicrosoftFACTASettlement.com, or by calling 1-844-454-4156. |
| **EXCLUDE YOURSELF OR "OPT-OUT" OF THE SETTLEMENT** | If you ask to be excluded, you will not receive a payment.  This is the only option that allows you to pursue or continue to pursue a Released Claim against Microsoft and/or other Released Parties on your own.  The deadline for excluding yourself is September 26, 2017. |
| **OBJECT TO THE SETTLEMENT** | You may write to the Court about why you believe the Settlement is unfair in any respect.  The deadline for objecting is September 26, 2017.  To obtain a benefit from this Settlement, you must still submit a Claim Form.  If you only submit an objection, you will not receive any benefit from the Settlement and you will give up your rights to pursue or continue to pursue a Released Claim against Microsoft and/or any other Released Parties. |
| **DO NOTHING** | If you do nothing, you will not receive any monetary award and you will give up your rights to pursue or continue to pursue a Released Claim against Microsoft and/or any other Released Parties. |
| **GO TO THE FINAL APPROVAL HEARING** | You may ask to speak in Court about the fairness of the Settlement, if you object to the Settlement.  To speak at the Final Approval Hearing, you must comply with the requirements set forth in Question 21 below no later than September 26, 2017. |

# BASIC INFORMATION

### 1. What is the purpose of this Notice?

The purpose of this Notice is to inform you that a proposed Settlement has been reached in the class action lawsuit styled *Guarisma v. Microsoft Corporation*, Case No. 1:15-cv-24326-CMA (S.D. Fla.).  Because your rights will be affected by this Settlement, it is extremely important that you read this Notice carefully. This Notice summarizes the Settlement and your rights under it.

### 2. What does it mean if I received a postcard about this Settlement?

If you received a postcard describing this Settlement, it is because Microsoft's records indicate that you may be a member of the Settlement Class in this action.  You are a member of the Settlement Class if a Microsoft retail store located in the United States printed a point-of-sale receipt for a credit card or debit card transaction for you that displayed more than the last 5 digits of the card number, at any time between November 20, 2013, and February 28, 2017.

If you did not receive a postcard describing this Settlement, you may still submit the Self-Identifier Claim Form at the Settlement Website, www.MicrosoftFACTASettlement.com.  The *Guarisma v. Microsoft* Claims Administrator will check the written claim of any Self-Identifier against Microsoft's transactional data.  If the information does not match, you will not be a Settlement Class Member and are not entitled to any relief.

### 3. What is this class action lawsuit about?

In a class action, one or more people called Class Representatives (here, Plaintiff) sue on behalf of people who allegedly have similar claims.  This group is called a class and the persons included are called class members. One court resolves the issues for all of the class members, except for those who exclude themselves from the class.

Here, Plaintiff alleges that Microsoft willfully violated FACTA by printing point-of-sale receipts for credit card and debit card transactions at its Microsoft retail stores that displayed more than the last 5 digits of the credit or debit card number.  Microsoft denies these allegations and denies any wrongdoing.  The Court has conditionally certified a class action for settlement purposes only.  The Honorable Cecilia M. Altonaga is the judge in charge of the lawsuit.

### 4. Why is there a settlement?

The Court did not decide in favor of Plaintiff or Microsoft.  Instead, both sides agreed to this Settlement. That way, they avoid the risk and cost of a trial, and the Settlement Class Members will receive compensation. Plaintiff and Class Counsel think the Settlement is best for all Settlement Class Members.

# WHO IS IN THE SETTLEMENT CLASS?

### 5. How do I know if I am part of the Settlement Class?

The Court has certified this case as a class action for settlement purposes only.  The Settlement Class is defined as:

All persons (i) identified in the Settlement Class List (ii) who, when making payment for a transaction at a Microsoft retail store located in the United States, (iii) made such payment using a credit or debit card (iv) and were provided with a printed point-of-sale receipt instead of an email receipt (v) which displayed more than the last five digits of said credit or debit card number (vi) between November 20, 2013 and February 28, 2017.

Notwithstanding the foregoing, in compliance with 28 U.S.C. § 455, this class specifically excludes persons in the following categories:  (A) the district judge and magistrate judge presiding over this case and the judges of the United States Court of Appeals for the Eleventh Circuit; (B) the spouses of those in category (A); (C) any person within the third degree of relationship of those in categories (A) or (B); and (D) the spouses of those within category (C).

"Settlement Class Member" is defined as any person in the Settlement Class who is not validly excluded from the Settlement Class.

It is important to note that only printed receipts for a credit or debit card transaction at a Microsoft retail store in the United States between November 6, 2015 and December 2, 2015 displayed more than the last five digits of the credit or debit card number, according to Microsoft records.  Thus, just because you were provided with a receipt for a credit or debit card transaction at a Microsoft retail store after November 20, 2013, it does not necessarily mean that you are a Settlement Class Member.  If you are still not sure whether you are included in the Settlement Class, you can visit other sections of the Settlement Website, www.MicrosoftFACTASettlement.com, you may write to the Claims Administrator at *Guarisma v. Microsoft* Claims Administrator, P.O. Box 404018, Louisville, KY 40233-4018, or you may call the Toll-Free Settlement Hotline, 1-844-454-4156, for more information.

# THE LAWYERS REPRESENTING YOU

### 6. Do I have lawyers in this case?

The Court has appointed lawyers from the law firms of Scott D. Owens, P.A., Keogh Law, Ltd., and Bret Lusskin, P.A. as Class Counsel to represent you and the other persons in the Settlement Class.  You will not be personally charged by these lawyers.

### 7. How will Class Counsel be paid?

Class Counsel will ask the Court to approve payment of up to one-third of the $1,194,696 Settlement Fund, which is $398,232, to them for attorneys' fees and reasonable expenses.  Class Counsel also will ask the Court to approve payment of up to $10,000 to Plaintiff for his service as Class Representative.  The Court may award less than these amounts.

# THE SETTLEMENT BENEFITS – WHAT YOU GET

### 8. What does the Settlement provide?

**Settlement Fund**. Microsoft will pay a maximum amount of $1,194,696 into a fund (the "Settlement Fund"), which will cover: (1) payments to Settlement Class Members or Self-Identifiers who submit timely and valid Claim Forms; (2) an award of attorneys' fees and expenses to Class Counsel, in an amount not to exceed one-third of the Settlement Fund, which is $398,232; (3) an Incentive Payment to Plaintiff, in an amount not to exceed $10,000, as approved by the Court; and (4) the costs of notice and administration of the Settlement.

**Payments**. All Settlement Class Members are eligible to submit a Claim Form and receive a payment. To submit a Claim Form, follow the procedures described under Question 11 below.

| **9. How much will my payment be?** |
| --- |

Your share of the Settlement Fund will depend on the number of valid Claim Forms that Settlement Class Members submit. Class Counsel estimate that the amount of the payment (while dependent upon the number of claims) may be around $100. **This is an estimate only. The final payment amount may be lower than $100 and will depend on the total number of valid and timely claims submitted by Settlement Class Members.**

| **10. What am I giving up to stay in the Settlement Class?** |
| --- |

Unless you exclude yourself from the Settlement, you will be part of the Settlement Class and will be bound by the Release of claims in the Settlement. This means that if the Settlement is approved, you cannot pursue or continue to pursue any Released Claim against Microsoft or any other Released Parties, whether on your own or as part of any other lawsuit, as explained in the Settlement Agreement. It also means that all of the Court's orders will apply to you and legally bind you. Unless you exclude yourself from the Settlement, you will agree to release Microsoft and any other Released Parties, as defined in the Settlement Agreement, from any and all claims that were or could be asserted in the litigation and all claims that relate to or arise from printing too much information on any receipts from a Microsoft retail store during the Settlement Class period.

In summary, the Release includes, without limitation, all claims that arise, could arise, were asserted or could have been asserted based on printing too much information on any receipts from a Microsoft retail store, including, but not limited to, claims under FACTA, the Fair Credit Reporting Act, any other statute or the common law, or regarding identity theft or the risk of identity theft, for any form of relief.

If you have any questions about the Release or what it means, you can speak to Class Counsel, listed under Question 6, for free, or you can, at your own expense, talk to your own lawyer. The Release does not apply to persons in the Settlement Class who timely exclude themselves.

# HOW TO OBTAIN A PAYMENT

| **11. How can I get a payment?** |
| --- |

To receive a payment, you must submit a Claim Form by the deadline stated below. You may get a Claim Form on the Settlement Website, www.MicrosoftFACTASettlement.com, or by calling the Toll-Free Settlement Hotline, 1-844-454-4156. **Read the instructions carefully, fill out the form completely and accurately, sign it and submit it on a timely basis**. To be valid, the Claim Form must be completed fully and accurately, signed and submitted timely. A Claim Form may be submitted by mail to the Claims Administrator at: *Guarisma v. Microsoft* Claims Administrator, P.O. Box 404018, Louisville, KY 40233-4018, or via the Settlement Website, www.MicrosoftFACTASettlement.com.

If you are submitting your claim via the Settlement Website or via telephone, it must be submitted no later than September 26, 2017. If you are mailing your Claim Form to the Claims Administrator, it must be postmarked by that date.

## WHEN WILL I RECEIVE MY SETTLEMENT PAYMENT?

| **12. When will I receive a Settlement payment?** |
| --- |

The Court will hold a hearing on October 26, 2017 to decide whether to approve the Settlement.  If the Court approves the Settlement, after that, there may be appeals.  It is always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year.  Everyone who sends in a Claim Form will be informed of the progress of the Settlement through information posted on the Settlement Website at www.MicrosoftFACTASettlement.com.  Please be patient.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

| **13. How can I get out of the Settlement?** |
| --- |

If you want to keep your rights to pursue or continue to pursue any Released Claim against Microsoft and/or any Released Parties, as defined in the Settlement Agreement, then you must take steps to get out of the Settlement Class.  This is called excluding yourself from, or opting-out of, the Settlement Class.

To exclude yourself from the Settlement, you must send an exclusion request to the Claims Administrator.  To be valid, a member of the Settlement Class who wishes to be excluded from the Settlement Class shall mail a written notice of exclusion to the Claims Administrator, so that it is postmarked no later than September 26, 2017 (the "Opt-Out Deadline"), and shall clearly state the following in the written notice of exclusion:  (a) identify the case name; (b) identify the name, address, and telephone number of the Settlement Class Member; (c) be personally signed by the Settlement Class Member requesting exclusion; and (d) contain a statement that indicates a desire to be excluded from the Settlement Class in the Litigation, such as "I hereby request that I be excluded from the proposed Settlement Class in *Guarisma v. Microsoft*."  No request for exclusion will be valid unless all of the information described above is included.  No person in the Settlement Class, or any person acting on behalf of or in concert or participation with that person in the Settlement Class, may exclude any other person in the Settlement Class from the Settlement Class.

**To be valid, you must mail your exclusion request postmarked no later than September 26, 2017 to the Claims Administrator at *Guarisma v. Microsoft* Claims Administrator, P.O. Box 404018, Louisville, KY 40233-4018.**

| **14. If I do not exclude myself, can I sue Microsoft for the same thing?** |
| --- |

No.  If you do not exclude yourself, you give up any rights to pursue (or continue to pursue) any Released Claims against Microsoft and/or any Released Parties.

| **15. If I exclude myself, can I get a benefit from this Settlement?** |
| --- |

No.  If you ask to be excluded, you will not be able to submit a Claim Form for a Settlement payment, and you cannot object to the Settlement.

# OBJECTING TO THE SETTLEMENT

| **16. How do I tell the Court that I do not think the Settlement is fair?** |
|---|

If you are in the Settlement Class, you can object to the Settlement or any part of the Settlement that you think the Court should reject, and the Court will consider your views.  If you do not provide a written objection in the manner described below, you shall be deemed to have waived any objection and shall forever be foreclosed from making any objection to the fairness, reasonableness, or adequacy of the Settlement or the award of any attorneys' fees and expenses and/or Incentive Payment.

To be valid, the written objection must include:  (a) the case name and number; (b) the name, address, and telephone number of the Settlement Class Member objecting and, if represented by counsel, of his/her counsel; (c) a description of the specific basis for each objection raised; (d) a statement of whether he/she intends to appear at the Final Approval Hearing, either with or without counsel; and (e) the date of the purchase for which the Settlement Class Member received a receipt displaying more than the last five digits of his or her credit or debit card number.

Any Settlement Class Member who fails to object to the Settlement in the manner described above shall be deemed to have waived any such objection, shall not be permitted to object to any terms or approval of the Settlement at the Final Approval Hearing, and shall be foreclosed from seeking any review of the Settlement or the terms of the Settlement Agreement by appeal or other means.

**To be considered, you must file your objection with the Court.  Your objection must also be mailed to the addresses below and postmarked or received by Counsel no later than September 26, 2017.**

For Plaintiff:

Keith J. Keogh
Michael S. Hilicki
Keogh Law, Ltd.
55 West Monroe St.
Suite 3390
Chicago, IL 60603

For Microsoft:

Anne Marie Estevez
Brian M. Ercole
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard
Suite 5300
Miami, FL 33131-2339

**Even if you timely and properly object, to obtain a benefit from this Settlement, you must submit a Claim Form.  If you object, but fail to submit a Claim Form, you will not receive any monetary award.**

| **17. What is the difference between objecting and excluding yourself?** |
|---|

Objecting is telling the Court that you oppose something about the Settlement.  You can object only if you stay in the Settlement Class.  Excluding yourself means that you do not want to be part of the Settlement Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

# IF YOU DO NOTHING

| **18. What happens if I do nothing at all?** |
|---|

If you do nothing, you will not receive any monetary award and you will give up your rights to pursue or continue to pursue Released Claims against Microsoft and/or any other Released Parties.  For information relating to what rights you are giving up, see Question 10.

## THE FINAL APPROVAL HEARING

**19. When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Final Approval Hearing at 9:00 a.m. on October 26, 2017 at Room 12-2 in the United States District Court for the Southern District of Florida, Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128. At this hearing, the Court will consider whether the Settlement is fair, reasonable and adequate.  If there are valid objections that comply with the requirements in Question 16 above, the Court will also consider them and will listen to people who have asked to speak at the hearing.  The Court may also decide how much to pay to Class Counsel and Plaintiff.

The Final Approval Hearing may be moved to a different date or time without additional notice, so it is a good idea to check the Settlement Website for updates.

**20. Do I have to come to the hearing?**

No.  Class Counsel will appear on behalf of the Settlement Class.  But, you are welcome to come, or have your own lawyer appear, at your own expense.

**21. May I speak at the hearing?**

You may ask the Court for permission to speak at the Final Approval Hearing, but only in connection with an objection that you have timely submitted to the Court according to the procedure set forth in Question 16 above. To speak at the Final Approval Hearing, you must also file a document with the Court stating your intention to appear.  For this document to be considered, it must include your name, address, telephone number and your signature.  The document must be filed with the Court no later than September 26, 2017.  You cannot speak at the hearing if you exclude yourself from the Settlement.

## GETTING MORE INFORMATION

**22. How do I get more information?**

This Notice is only a summary of the proposed Settlement.  You can get a complete copy of the Settlement Agreement by visiting the Settlement Website, www.MicrosoftFACTASettlement.com, or you can write to the address below or call the Toll-Free Settlement Hotline, 1-844-454-4156.  You can also call Class Counsel with any questions at 1-866-726-1092.

*Guarisma v. Microsoft* **Claims Administrator**
**P.O. Box 404018**
**Louisville, KY 40233-4018**

**DO NOT CALL OR WRITE TO THE COURT, THE CLERK OF THE COURT, MICROSOFT, OR MICROSOFT'S COUNSEL ABOUT THE SETTLEMENT.  ALSO, TELEPHONE REPRESENTATIVES WHO ANSWER CALLS MADE TO THE TOLL-FREE NUMBER ARE NOT AUTHORIZED TO CHANGE THE TERMS OF THE SETTLEMENT OR THIS NOTICE.**

# Exhibit E

Redacted -

filed under seal pursuant to ECF No. 75