# APPENDIX 5

# Invoice for Payment
# TD Bank, N.A.

**Invoice Date:** 5/23/2017

| | |
|---|---|
| **Invoice Number:** | **Make Checks Payable to:** |
| 554522017138 | TD Bank, N.A. (TIN: 01-0137770) |
| **Name and Address of Requestor:** | **Mail to:** |
| MICHAEL S. HILICKI, ESQ. | TD Bank, N.A. |
| KEOGH LAW, LTD. | Retail Bank Operations |
| 55 W. MONROE, STE. 3390 | P.O. Box 1377, ME2-001-031 |
| CHICAGO, IL 60603 | Lewiston, ME 04243-1377 |

\* CREDIT CARD PAYMENTS ARE NOT ACCEPTED

**Customer Name(s):**

4847383970010962 etc

Ref #   55452

**Service(s)/Financial Records Provided**

| Items Requested | Quantity | Price | Per | Cost |
|---|---|---|---|---|
| Number of Discs | 1 | $0.75 | Disc | $0.75 |
| Research Time | 10.00 | $25.00 | Hour | $250.00 |
| Less Initial Payment Received | | | | $0.00 |

*Payment due 30 days from invoice date*    **Total Amount Due    $250.75**

| Name of Financial Institution Official (printed) | Title: |
|---|---|
| Hannah Mailhot | Research Clerk |
| **Signature:** HMailhot | **Date Signed:** 05/23/2017 |
| **Remarks:** | |

Fifth Third Bank
5050 Kingsley Drive
MD: 1MOC2Q
Cincinnati, OH 45263



**FIFTH THIRD BANK**

MICHAEL HILICKI
KEOGH LAW
55 W MONROE STREET
SUITE 3390
CHICAGO     IL    60603-

**Date:** 5/16/2017
**Fifth Third ID:** 145872
**RE:** MICROSOFT CORPORATION

## Subpoena Research Billing Invoice

This is your invoice for the costs incurred by Fifth Third Bank to respond to your subpoena. It is due and payable upon receipt. Please make your payment payable to "Fifth Third Bank Legal Entry," include the Fifth Third ID on your check, and remit payment to the address listed above. If you have any questions please call Legal Operations at (513) 358-9355.

| Type of Item: | QTY | Cost Per Item | Item Total |
|---|---|---|---|
| Postage/Delivery | 1 | $8.01 | $8.01 |
| Research Hours | 24 | $20.00 | $480.00 |
|  |  | **TOTAL:** | $488.01 |
|  | **LESS TOTAL PAYMENT** |  | $0.00 |
|  |  | **TOTAL DUE:** | $488.01 |

**CC:** akrol